Peter C. Warner (Ariz. State Bar #009338)
1723 W. 4th Street
Tempe, AZ 85281-2404
Tel.: (480) 894-6500
Fax: (602) 798-8279
pcw@warnerpatents.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cygnus Systems, Inc. <br> Plaintiff, <br><br> vs. <br><br> Microsoft Corporation; Apple Inc.; and Google Inc., <br> Defendants. | Case No. 2:08-cv-2337-NVW |

**PLAINTIFF'S LRCiv 7.1.1**
**<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to LRCiv 7.1.1 and Federal Rule of Civil Procedure 7.1, plaintiff, Cygnus Systems, Inc., states that it does not have any parent corporations and that no publicly held company or investment fund holds a 10% or more interest in plaintiff.

PETER C. WARNER, P.C.


By: <u>/s/ Peter C. Warner</u>
      Peter C. Warner

1