Peter C. Warner (Ariz. State Bar #009338)
1723 W. 4th Street
Tempe, AZ 85281-2404
Tel.: (480) 894-6500
Fax: (602) 798-8279
pcw@warnerpatents.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cygnus Systems, Inc., <br>     Plaintiff, <br><br> vs. <br><br> Microsoft Corporation; Apple Inc.; and Google Inc., <br>     Defendants. | Case No. CV-08-2337-PHX-NVW <br><br> **JURY TRIAL DEMANDED** |

## FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, Cygnus Systems, Inc., complains of defendants, Microsoft Corporation ("Microsoft"), Apple Inc. ("Apple"), and Google Inc. ("Google"), as follows:

1. This is a claim for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. This Court has exclusive jurisdiction over the subject matter of this case under 28 U.S.C. § 1338(a).

2. Cygnus Systems, Inc. is an Indiana corporation that has a principal place of business at 40117 N. High Noon Way, Anthem, Arizona 85086. Cygnus owns United States Patent No. 7,346,850 ("the '850 Patent"), entitled "System and Method for Iconic Software Environment Management," which issued on March 18, 2008 (Exhibit A), and has the exclusive right to license and enforce the '850 Patent and to collect all damages for infringement of such patent. Cygnus also has standing to sue for infringement of the '850 Patent.

1

3. Microsoft Corporation is a Washington corporation with its principal place of business at One Microsoft Way, Redmond, Washington 90852. Defendant Microsoft transacts business in this judicial district and has committed acts of infringement in this judicial district, at least by advertising, selling, and offering to sell the products at issue in this case for use or download throughout this judicial district and which infringe one or more claims of the '850 Patent.

4. Apple Inc. is a California corporation with a principal place of business at 1 Infinite Loop, Cupertino, California 95014. Defendant Apple transacts business in this judicial district and has committed acts of infringement in this judicial district, at least by advertising, selling, and offering to sell the products at issue in this case throughout this judicial district and which infringe one or more claims of the '850 Patent.

5. Google Inc. is a Delaware corporation with a principal place of business at 1600 Ampitheater Parkway, Mountain View, California 94043. Defendant Google transacts business in this judicial district and has committed acts of infringement in this judicial district, at least by operating its Google.com website and by advertising, selling, and offering to sell the products at issue in this case for use or download throughout this judicial district and which infringe one or more claims of the '850 Patent.

6. Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(b).

**PATENT INFRINGEMENT**

7. The '850 Patent generally relates to methods of and systems for accessing one or more computer files via a graphical icon, wherein the graphical icon includes an image of a selected portion or portions of the one or more computer files.

8. Microsoft has infringed one or more claims of the '850 Patent at least by making, using, selling, and offering for sale its Vista operating system

and Vista's accompanying iconic file preview and access functionality. Microsoft has further infringed one or more claims of the '850 Patent at least by making, using, selling, and offering for sale its Internet Explorer 8 web browser and Internet Explorer 8's accompanying iconic file preview and access functionality.

9. Apple has infringed one or more claims of the '850 Patent at least by making, using, selling, and offering for sale its Mac OS X Leopard ("Leopard") operating system and Leopard's accompanying "Finder" and "Cover Flow" features, which include iconic file preview and access functionality. Apple has further infringed one or more claims of the '850 Patent at least by making, using, selling, and offering for sale its iPhone and iPhone's accompanying iconic file preview and access functionality, including but not limit to the iconic file preview and access functionality of iPhone's main menu and Safari Internet browser applications.

10. Google has infringed one or more claims of the '850 Patent at least by making, using, selling, and offering for sale Google's Chrome web browser and Chrome's accompanying iconic file preview and access functionality.

11. Defendants' infringement has injured plaintiff Cygnus and it is entitled to recover damages adequate to compensate it for such infringement, but in no event less than a reasonable royalty.

WHEREFORE, plaintiff Cygnus respectfully requests this Court enter judgment against defendants Microsoft Corporation, Apple Inc., and Google Inc., individually and jointly, and against their subsidiaries, successors, parents, affiliates, officers, directors, agents, servants, employees, and all persons in active concert or participation with them, granting the following relief:

    A.    The entry of judgment in favor of plaintiff, and against each of the defendants;

1     B.     An award of damages adequate to compensate plaintiff for the infringement that has occurred, together with prejudgment interest from the date the infringement began, but in no event less than a reasonable royalty as permitted by 35 U.S.C. § 284;

C.     A finding that this case is exceptional and an award to plaintiff of its attorneys' fees and costs as provided by 35 U.S.C. § 285;

D.     A permanent injunction prohibiting further infringement of the '850 Patent; and,

E.     Such other relief that plaintiff is entitled to under law and any other and further relief that this Court or a jury may deem just and proper.

## JURY DEMAND

Plaintiff requests a trial by jury on all issues presented in this Complaint.

                                      PETER C. WARNER, P.C.

                        By:    /s/ Peter C. Warner
                                Peter C. Warner
                                Attorney for Plaintiff

<u>OF COUNSEL</u>
Raymond P. Niro
Matthew G. McAndrews
Lee F. Grossman
Anna B. Folgers
Niro, Scavone, Haller & Niro
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Tel: (312) 236-0733
Fax: (312) 236-3137

4