**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Cygnus Systems, Inc.,

    Plaintiff(s)/Petitioner(s),

vs.

Microsoft Corp., Inc.,
Apple Inc., and Google Inc.,
    Defendant(s)/Respondent(s)

CASE NO: 2:08-cv-02337-NVW

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)

FILED ___ LODGED
RECEIVED ___ COPY
JAN 26 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

**NOTICE: $50.00 APPLICATION FEE REQUIRED!**

I, Lee F. Grossman, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of Cygnus Systems, Inc.

CITY AND STATE OF PRINCIPAL RESIDENCE: Palatine, Illinois
FIRM NAME: Niro, Scavone, Haller & Niro
ADDRESS: 181 W. Madison Street  SUITE: 4600
CITY: Chicago  STATE: Illinois  ZIP: 60602
FIRM/BUSINESS PHONE: (312) 236-0733
FIRM FAX PHONE: (312) 236-3737  E-MAIL ADDRESS: lfgrossman@nshn.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| Illinois Supreme Court | 11/1986 | Yes / No* |
| Northern District of Illinois | 11/1086 | Yes / No* |
| Federal Circuit Court of Appeals | 02/1990 | Yes / No* |

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| CASE NUMBER | TITLE OF ACTION | DATE GRANTED OR DENIED* |
|---|---|---|
| N/A | | |
| | | |
| | | |

*EXPLAIN: _____

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
If you answer YES to either of the following questions, please explain all circumstances on a separate page.
    Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  Y/N
    Have you ever been disbarred from practice in any Court?  Y/N

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct, and will comply with LRCiv 83.1(c).

January 7, 2008
Date
Fee Receipt # PHX080238

Signature of Applicant

(Rev. 01/09)

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Lee F. Grossman

*Northern District of Illinois*

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of
Illinois,

    DO HEREBY CERTIFY That Lee F. Grossman
was duly admitted to practice in said Court on (03/09/1988)
and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (01/06/2009 )

                      Michael W. Dobbins, Clerk,
                      By:  David A. Jozwiak
                           Deputy Clerk