```
                                                                    ___ FILED    ___ LODGED
                                                                    ___ RECEIVED ___ COPY
                    UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF ARIZONA                       JAN 20 2009
Cygnus Systems, Inc.,                                               CLERK U S DISTRICT COURT
                                          )                          DISTRICT OF ARIZONA
     Plaintiff(s)/Petitioner(s),          )                         BY_____ DEPUTY
                                          )
                                          )    CASE NO: 2:08-cv-02337-NVW
     vs.                                  )
Microsoft Corp., Inc.,                    )    Application of Attorney For Admission To Practice
Apple Inc., and Google Inc.,              )    Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)
     Defendant(s)/Respondent(s)           )
```

**NOTICE: $50.00 APPLICATION FEE REQUIRED!**

I, __Matthew G. McAndrews__, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on **behalf of** __Cygnus Systems, Inc.__.

CITY AND STATE OF PRINCIPAL RESIDENCE: __Barrington, Illinois__
FIRM NAME: __Niro, Scavone, Haller & Niro__
ADDRESS: __181 W. Madison Street__                               SUITE: __4600__
CITY: __Chicago__                                  STATE: __Illinois__  ZIP: __60602__
FIRM/BUSINESS PHONE: (312) __236-0733__
FIRM FAX PHONE: (312) __236-3737__     E-MAIL ADDRESS: __mmcandrews@nshn.com__

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| Please see the attached list of courts in which I am admitted to practice and I am in good standing. | | Yes / No* |
| | | Yes / No* |
| | | Yes / No* |

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| CASE NUMBER | TITLE OF ACTION | DATE GRANTED OR DENIED* |
|---|---|---|
| N/A | | |
| | | |
| | | |

*EXPLAIN: _____

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
If you answer YES to either of the following questions, please explain all circumstances on a separate page.
   Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   Y/N
   Have you ever been disbarred from practice in any Court?                                           Y/N

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct, and will comply with LRCiv 83.1(c).

January 7, 2008                      /s/ [signature]
Date                                 Signature of Applicant
Fee Receipt # 0AX0806238
                                                                              (Rev. 01/09)

# MATTHEW G. McANDREWS

Illinois ARDC # 6229799

| | |
|---|---|
| Supreme Court of Illinois | 11/09/95 |
| U.S.D.C., Central District of Illinois | 1/19/97 |
| U.S.D.C., Northern District of Illinois | 9/9/97 |
| U.S.D.C., Trial Bar for Northern District of Illinois | 4/9/01 |
| U.S.D.C., Western District of Wisconsin | 02/03/03 |
| U.S.C.A., Federal Circuit | 2/23/99 |
| U.S.D.C., District of Colorado | 7/14/99 |
| U.S.C.A., Ninth Circuit | 3/19/02 |
| U.S.C.A., Fourth Circuit | 4/19/02 |
| U.S.D.C., Southern District of Indiana | 10/17/2008 |

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Matthew G. McAndrews

*Northern District of Illinois*

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of
Illinois,

    DO HEREBY CERTIFY That Matthew G. McAndrews was duly admitted to practice in said Court on (09/09/1997) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (01/06/2009 )

Michael W. Dobbins, Clerk,
By: David A. Jozwiak
Deputy Clerk