```
                                                              FILED        LODGED
                   UNITED STATES DISTRICT COURT               RECEIVED     COPY
                    FOR THE DISTRICT OF ARIZONA
Cygnus Systems, Inc.,                                            JAN 2 6 2009
                                )
      Plaintiff(s)/Petitioner(s),)                            CLERK U S DISTRICT COURT
                                )                              DISTRICT OF ARIZONA
                                )   CASE NO: 2:08-cv-02337-NVW         DEPUTY
   vs.                          )
Microsoft Corp., Inc.,          )   Application of Attorney For Admission To Practice
Apple Inc., and Google Inc.,    )   Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)
   Defendant(s)/Respondent(s)   )
```

# NOTICE: $50.00 APPLICATION FEE REQUIRED!

I, **Raymond P. Niro**, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on **behalf of** Cygnus Systems, Inc.

**CITY AND STATE OF PRINCIPAL RESIDENCE:** Palatine, Illinois
**FIRM NAME:** Niro, Scavone, Haller & Niro
**ADDRESS:** 181 W. Madison Street          **SUITE:** 4600
**CITY:** Chicago                     **STATE:** Illinois   **ZIP:** 60602
**FIRM/BUSINESS PHONE:** (312) 236-0733
**FIRM FAX PHONE:** (312) 236-3737    **E-MAIL ADDRESS:** rniro@nshn.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| Please see the attached list of courts in which I am admitted to practice and I am in good standing. | | Yes / No* |
| | | Yes / No* |
| | | Yes / No* |

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| CASE NUMBER | TITLE OF ACTION | DATE GRANTED OR DENIED* |
|---|---|---|
| N/A | | |
| | | |
| | | |

*EXPLAIN: _____

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
If you answer YES to either of the following questions, please explain all circumstances on a separate page.
    Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   Y/**N**
    Have you ever been disbarred from practice in any Court?                                            Y/**N**

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct, and will comply with LRCiv 83.1(c).

January 7, 2008                          _____
Date                                     Signature of Applicant
**Fee Receipt #** 1405059238

(Rev. 01/09)

## **RAYMOND P. NIRO -- COURTS ADMITTED TO**

Illinois ARDC# 2054930

| Court | Date |
|---|---|
| United States Supreme Court | August 12, 1977 |
| State of Illinois Supreme Court | May 19, 1970 |
| State of Colorado Supreme Court | November 30, 1987 |
| State of Florida Supreme Court | September 26, 2005 |
| U.S.D.C., Northern District of California | July 27, 1984 |
| U.S.D.C., District of Colorado | April 25, 1989 |
| U.S.D.C., Middle District of Florida | February 23, 2006 |
| U.S.D.C., Southern District of Florida | April 18, 2006 |
| U.S.D.C., Northern District of Illinois | June 4, 1970 |
| U.S.D.C., Eastern District of Michigan | April 24, 1984 |
| U.S.D.C., Northern District of New York | December 1, 1989 |
| U.S.D.C., Eastern District of Wisconsin | January 26, 1987 |
| U.S.D.C., Western District of Wisconsin | February 3, 2003 |
| U.S.C.A., Federal Circuit | October 1, 1982 |
| U.S.C.A., Fourth Circuit | October 15, 2001 |
| U.S.C.A., Fifth Circuit | November 3, 1981 |
| U.S.C.A., Sixth Circuit | June 9, 1982 |
| U.S.C.A., Seventh Circuit | May 25, 1972 |
| U.S.C.A., Ninth Circuit | September 18, 1979 |
| U.S.C.A., Tenth Circuit | January 11, 1988 |
| U.S.C.A., Eleventh Circuit | February 28, 2007 |

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Raymond P. Niro

*Northern District of Illinois*

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Raymond P. Niro was duly admitted to practice in said Court on (06/04/1970) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (01/09/2009 )

Michael W. Dobbins, Clerk,
By: Teresa Cervantes
Deputy Clerk