UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Cygnus Systems, Inc.,

Plaintiff(s)/Petitioner(s),

vs.

Microsoft Corp., Inc.,
Apple Inc., and Google Inc.,

Defendant(s)/Respondent(s)

CASE NO: 2:08-cv-02337-NVW

Application of Attorney For Admission To Practice
Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)

FILED ___ LODGED
RECEIVED ___ COPY
JAN 2 6 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE: $50.00 APPLICATION FEE REQUIRED!**

I, __Anna B. Folgers__, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on **behalf** of __Cygnus Systems, Inc.__.

**CITY AND STATE OF PRINCIPAL RESIDENCE:** Palatine, Illinois
**FIRM NAME:** Niro, Scavone, Haller & Niro
**ADDRESS:** 181 W. Madison Street    **SUITE:** 4600
**CITY:** Chicago    **STATE:** Illinois   **ZIP:** 60602
**FIRM/BUSINESS PHONE:** (312) 236-0733
**FIRM FAX PHONE:** (312) 236-3737    **E-MAIL ADDRESS:** afolgers@nshn.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| Northern District of Illinois | 11/2008 | Yes / No* |
|  |  | Yes / No* |
|  |  | Yes / No* |

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| CASE NUMBER | TITLE OF ACTION | DATE GRANTED OR DENIED* |
|---|---|---|
| N/A |  |  |
|  |  |  |
|  |  |  |

*EXPLAIN: _____

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
If you answer YES to either of the following questions, please explain all circumstances on a separate page.
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   Y/N
Have you ever been disbarred from practice in any Court?   Y/N

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct, and will comply with LRCiv 83.1(c).

January 7, 2008
Date

Signature of Applicant    1/7/08

Fee Receipt # PHX 380235

(Rev. 01/09)

# CERTIFICATE OF GOOD STANDING



*United States of America*

} ss. Anna B. Folgers

*Northern District of Illinois*

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Anna B. Folgers was duly admitted to practice in said Court on (12/09/2008) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (01/06/2009 )

                    Michael W. Dobbins, Clerk,

                    By: David A. Jozwiak
                    Deputy Clerk