Anna B. Folgers (Illinois Bar No. 6296389)
Niro, Scavone, Haller & Niro, Ltd.
181 West Madison Street, Suite 4600
Chicago, IL 60602-4515
Tel.: (312) 236-0733
Fax: (312) 236-3137
afolgers@nshn.com
**Attorney for Plaintiff**

David J. Healey (Texas Bar No.09327980)
Garland Stephens (Texas Bar No. 24053910)
John R. Lane (Texas Bar No. 24057958)
Benjamin C. Elacqua (Texas Bar No. 24055443)
Fish & Richardson P.C.
One Houston Center – 28th Floor
1221 McKinney Street
Houston, TX 77010
Tel: (713) 652-0115
Fax: (713) 652-0109
healey@fr.com
stephens@fr.com
jclane@fr.com
elacqua@fr.com
**Attorneys for Defendant Microsoft Corporation**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Cygnus Systems, Inc.,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>Microsoft Corporation; Apple Inc., and Google, Inc.,<br><br>　　　　　Defendant(s). | Case No. CV-08-2337-PHX-NVW<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br>(First Request) |

　　　Plaintiff Cygnus Systems, Inc. ("Cygnus") and Defendant Microsoft Corporation ("Microsoft") (collectively, "the Parties") hereby stipulate and agree that Microsoft shall have through and until March 2, 2009, to answer or otherwise respond to Cygnus' First Amended Complaint (Docket No. 6).

Stipulation for Extension of Time to Respond to
Plaintiff's First Amended Complaint (First Request) – Page 1

Dated: January 30, 2009

Respectfully submitted,

_Anna Folgers by B w/ permission_

Anna B. Folgers (Illinois Bar No. 6296389)
Niro, Scavone, Haller & Niro, Ltd.
181 West Madison Street, Suite 4600
Chicago, IL 60602-4515
Tel.: (312) 236-0733
Fax: (312) 236-3137
afolgers@nshn.com

**ATTORNEY FOR PLAINTIFF
CYGNUS SYSTEMS, INC**

David J. Healey (Texas Bar No. 09327980)
Garland Stephens (Texas Bar No. 24053910)
John R. Lane (Texas Bar No. 24057958)
Benjamin C. Elacqua (Texas Bar No. 24055443)
Fish & Richardson P.C.
One Houston Center – 28th Floor
1221 McKinney
Houston, TX 77010
Tel: (713) 652-0115
Fax: (713) 652-0109
healey@fr.com
stephens@fr.com
jlane@fr.com
elacqua@fr.com

**ATTORNEYS FOR DEFENDANT
MICROSOFT CORPORATION**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served via email and U.S. Mail on January 30, 2009, upon the following counsel:

Peter C. Warner
Peter C. Warner, P.C.
1723 W. 4th Street
Tempe, AZ 85281-2404
Tel: (480) 894-6500
Fax: (602) 798-8279
pcw@warnerspatents.com

Raymond P. Niro
Matthew G. McAndrews
Lee F. Grossman
Anna B. Folgers
Niro, Scavone, Haller & Niro, Ltd.
181 West Madison Street, Suite 4600
Chicago, IL 60602
Tel: (312) 236-0733
Fax: (312) 236-3137

*/s/ Jaasi Mahadeo*