Cygnus Systems, Inc. v. Microsoft Corporation, et al — Doc. 15

UNITED STATES DISTRICT COURT  
DISTRICT OF ARIZONA - TUCSON

MAGISTRATE JUDGE'S MINUTES

DATE: 8/24/2007    CASE NUMBER: 07-08358M

USA vs. EUGENIO CARDONA-OLVERA

U.S. MAGISTRATE JUDGE: BERNARDO P. VELASCO    Judge #: 70BJ

U.S. Attorney Tony Maingot    INTERPRETER REQ'D Joyce Garcia

Attorney for Defendant Geoffrey Cheshire (AFPD)

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

☒ Oral consent to be tried by Magistrate Judge signed ☐ Misdemeanor Offense ☒ Petty Offense

☒ Arr/Plea of Guilty entered as to Ct(s) 2 OF THE COMPLAINT ☒ Ct(s) 1 OF THE COMPLAINT to be dismissed upon entry of judgment.

☒ Court accepts defendant's plea and finds plea to be freely and voluntarily given.

☐ Court finds factual basis insufficient to accept defendant's plea of guilty to Ct(s)___ of ___

☐ Order Videotape Deposition set for _____, vacated.

☐ **PSI ORDERED** ☒ Time waived for passage of sentence ☐ Probation violation

☐ Matter continued for sentencing to ❖ at ❖ before ❖.

☒ Attorney for defendant waives the 10-day requirement within which to review the presentence report.

**SENTENCING**: Defendant committed to ☒ Bureau of Prisons for a period of ONE HUNDRED EIGHTY (180) DAYS WITH CREDIT FOR TIME SERVED  
☐ jail type institution for a period of _____

☐ In addition, defendant shall ☐ serve a term of _____ ☐ is placed on a period of _____ supervised/unsupervised ☐ release ☐ probation on the condition that defendant violate no law of the United States of America and no law of any state of the United States of America; that the defendant shall make the required reports and carry out the directions of the probation officer tending toward defendant's rehabilitation.

☐ If the Immigration & Naturalization Services authorities cause the defendant to leave the United States of America, no reports shall be required of defendant.

☐ Additional conditions of probation: _____

☐ Defendant advised by counsel of right to appeal.

☐ Defendant is fined the sum of $_____ ☐ Defendant is assessed the sum of $ REMITTED. Assessment is payable IMMEDIATELY.

☒ Pursuant to the plea agreement, there being no objection by the deft/atty for the defendant IT IS ORDERED that the Complaint/Ct(s) 1 be dismissed.

☐ Order bond be exonerated. Bond _____

OTHER: Geoffrey Cheshire is appointed as attorney of record for defendant.

**MATERIAL WITNESS(ES)**: _____  
It is ordered that is appointed as attorney for Material Witness(es).

Recorded by Courtsmart  
BY: Melodee Horton  
Deputy Clerk

COP: 0  
Sent: 0  
Atty Appt: 0

Dockets.Justia.com