# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Cygnus Systems, Inc. )
)
  Plaintiff(s)/Petitioner(s), )
)
vs. ) CASE NO: CV-08-2337-PHX-NVW
)
Microsoft Corporation; Apple, ) Application of Attorney For Admission To Practice
Inc. and Google, Inc. ) Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)
  Defendant(s)/Respondent(s) )

FILED ___ LODGED
RECEIVED ___ COPY
JAN 3 0 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## NOTICE: $50.00 APPLICATION FEE REQUIRED!

I, __Benjamin C. Elacqua__, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on **behalf of** __Microsoft Corporation and Apple Inc.__

**CITY AND STATE OF PRINCIPAL RESIDENCE:** Pearland, TX
**FIRM NAME:** Fish & Richardson P.C.
**ADDRESS:** 1221 McKinney Street  **SUITE:** 2800
**CITY:** Houston  **STATE:** Texas  **ZIP:** 77010
**FIRM/BUSINESS PHONE:** (713) 654-5324
**FIRM FAX PHONE:** (713) 652-0109   **E-MAIL ADDRESS:** elacqua@fr.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| State of Massachusetts (SBN 660866) | January 2005 | Yes / No* |
| Eastern District of Texas | June 2005 | Yes / No* |
| State Bar of Texas (SBN 24055443) | 11/03/2006 | Yes / No* |

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| CASE NUMBER | TITLE OF ACTION | DATE GRANTED OR DENIED* |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

*EXPLAIN: _____

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
  If you answer YES to either of the following questions, please explain all circumstances on a separate page.
    Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  Y/N
    Have you ever been disbarred from practice in any Court?   Y/N

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct, and will comply with LRCiv 83.1(c).

__1-29-09__                                __/s/__
Date                                      Signature of Applicant
**Fee Receipt #** __phx08 0444__

(Rev. 01/09)



## UNITED STATES DISTRICT COURT
### Eastern District of Texas

*Certificate of Good Standing*

I, David J. Maland, Clerk of this Court, certify that

Benjamin Charles Elacqua

was duly admitted to practice in this Court on

June 16, 2005 , and is in good standing

as a member of the Bar of this Court.

Dated at   Beaumont, Texas

on     January 29, 2009            by

_David Maland_
Clerk of Court

_Adele McMillan_
Deputy Clerk

