```
FILED ___ LODGED
RECEIVED ___ COPY
JAN 3 0 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Cygnus Systems, Inc. )
    **Plaintiff(s)/Petitioner(s)**, )
)
vs. )
Microsoft Corporation, Apple, )
Inc. and Google, Inc. )
    **Defendant(s)/Respondent(s)** )

CASE NO: CV-08-2337-PHX-NVW

**Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)**

## NOTICE: $50.00 APPLICATION FEE REQUIRED!

I, __John R. Lane__, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on **behalf of** __Microsoft Corporation and Apple Inc.__

**CITY AND STATE OF PRINCIPAL RESIDENCE:** Houston, Texas
**FIRM NAME:** Fish & Richardson P.C.
**ADDRESS:** 1221 McKinney Street    **SUITE:** 2800
**CITY:** Houston    **STATE:** TX    **ZIP:** 77010
**FIRM/BUSINESS PHONE:** (713) 654-5307
**FIRM FAX PHONE:** (713) 652-0154    **E-MAIL ADDRESS:** jlane@fr.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| State of Texas (SBN 24057958) | 05/04/2007 | **Yes** / No* |
| Eastern District of Texas | 09/15/2008 29 JRL | **Yes** / No* |
| State of New York (SBN 4097796) | 01/08/2003 | **Yes** / No* |

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| CASE NUMBER | TITLE OF ACTION | DATE GRANTED OR DENIED* |
|---|---|---|
| | | |
| | | |

*EXPLAIN: _____

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
If you answer YES to either of the following questions, please explain all circumstances on a separate page.
    Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? Y/**N**
    Have you ever been disbarred from practice in any Court? Y/**N**

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct, and will comply with LRCiv 83.1(c).

__1/22/09__      __[signature]__
**Date**      **Signature of Applicant**
**Fee Receipt #** __PHX080444__

(Rev. 01/09)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING |
|---|---|---|
| Southern District of New York | 01/28/2003 | (Yes) / No* |
| Eastern District of New York | 01/31/2003 | (Yes) / No* |
| US Court of Appeals for the Federal Circuit | 02/11/2003 | (Yes) / No* |



UNITED STATES DISTRICT COURT
Eastern District of Texas

*Certificate of Good Standing*

I, David J. Maland, Clerk of this Court, certify that

John R. Lane

was duly admitted to practice in this Court on

September 29, 2008 , and is in good standing

as a member of the Bar of this Court.

Dated at Beaumont, Texas

*David Maland*
Clerk of Court

on January 29, 2009    by *Adele McMillan*
Deputy Clerk