UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

```
FILED ___ LODGED
RECEIVED ___ COPY
JAN 3 0 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Cygnus Systems, Inc. )
   Plaintiff(s)/Petitioner(s), )
)
vs. ) CASE NO: CV-08-2337-PHX-NVW
Microsoft Corporation; Apple, )
Inc. and Google, Inc. ) Application of Attorney For Admission To Practice
   Defendant(s)/Respondent(s) ) Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)

**NOTICE: $50.00 APPLICATION FEE REQUIRED!**

I, __Garland T. Stephens__, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on **behalf of** __Microsoft Corporation and Apple Inc.__.

CITY AND STATE OF PRINCIPAL RESIDENCE: __Houston, TX__
FIRM NAME: __Fish & Richardson P.C.__
ADDRESS: __1221 McKinney Street__  SUITE: __2800__
CITY: __Houston__  STATE: __TX__  ZIP: __77010__
FIRM/BUSINESS PHONE: (__713__) __654-5306__
FIRM FAX PHONE: (__713__) __652-0109__  E-MAIL ADDRESS: __stephens@fr.com__

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| State of Texas (SBN 24053910) | 06/08/2006 | **Yes** / No* |
| Eastern District of Texas | 07/03/2006 | **Yes** / No* |
| State of Missouri (SBN 38307) | 09/21/1990 | **Yes** / No* |

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| CASE NUMBER | TITLE OF ACTION | DATE GRANTED OR DENIED* |
|---|---|---|
| | | |
| | | |

*EXPLAIN: _____

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
If you answer YES to either of the following questions, please explain all circumstances on a separate page.
  Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? Y/**N**
  Have you ever been disbarred from practice in any Court? Y/**N**

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct, and will comply with LRCiv 83.1(c).

__1/26/09__                    __[signature]__
Date                            Signature of Applicant
Fee Receipt # __PHX050449__

(Rev. 01/09)

dockets.Justia.com

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING |
|---|---|---|
| State of New York (SBN 2567162) | 08/16/1993 | (Yes) / No* |
| US Court of Appeals for the Federal Circuit | 05/29/1995 | (Yes) / No* |
| Eastern District of New York | 08/08/1995 | (Yes) / No* |
| Southern District of New York | 08/08/1995 | (Yes) / No* |
| Northern District of California | 09/12/1995 | (Yes) / No* |



UNITED STATES DISTRICT COURT
Eastern District of Texas

*Certificate of Good Standing*

*I, David J. Maland, Clerk of this Court, certify that*

Garland T. Stephens

*was duly admitted to practice in this Court on*

July 3, 2006 *, and is in good standing*

*as a member of the Bar of this Court.*

Dated at Beaumont, Texas

*David Maland* (signature)
Clerk of Court

on January 29, 2009

by *Adele McMillan* (signature)
Deputy Clerk