UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Cygnus Systems, Inc. )
    **Plaintiff(s)/Petitioner(s)**, )
     )
vs. ) CASE NO: CV-08-2337-PHX-MHM
Microsoft Corporation; Apple, )
Inc. and Google, Inc. ) Application of Attorney For Admission To Practice
    **Defendant(s)/Respondent(s)** ) Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)

FILED / LODGED
RECEIVED / COPY
JAN 30 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## NOTICE: $50.00 APPLICATION FEE REQUIRED!

I, __David J. Healey__, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on **behalf of** __Microsoft Corporation and Apple Inc.__

CITY AND STATE OF PRINCIPAL RESIDENCE: Sugar Land, Texas
FIRM NAME: Fish & Richardson P.C.
ADDRESS: 1221 McKinney Street   SUITE: 2800
CITY: Houston   STATE: Texas   ZIP: 77010
FIRM/BUSINESS PHONE: (713) 654-5310
FIRM FAX PHONE: (713) 652-0154   E-MAIL ADDRESS: healey@fr.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| State of Texas (SBN 09327980) | 11/08/1985 | Yes / No* |
| US Court of Appeals - 5th Circuit | 05/01/1986 | Yes / No* |
| Southern District of Texas | 05/30/1986 | Yes / No* |

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| CASE NUMBER | TITLE OF ACTION | DATE GRANTED OR DENIED* |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

*EXPLAIN: _____

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
If you answer YES to either of the following questions, please explain all circumstances on a separate page.
    Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? Y/**N**
    Have you ever been disbarred from practice in any Court? Y/**N**

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct, and will comply with LRCiv 83.1(c).

__Jan. 28, 2009__   __[signature]__
Date   Signature of Applicant
**Fee Receipt #** phx080444   (Rev. 01/09)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING |
|---|---|---|
| Western District of Texas | 04/25/1989 | Yes / No* |
| US Supreme Court | 03/19/1990 | Yes / No |
| US Court of Appeals for the Federal Circuit | 05/10/1994 | Yes / No* |
| US Court of Appeals – 4th Circuit | 12/26/1995 | Yes / No* |
| Eastern District of Texas | 03/20/2002 | Yes / No* |
| US Court of Appeals – 2nd Circuit | 02/20/2008 | Yes / No* |



## UNITED STATES DISTRICT COURT
### Eastern District of Texas

*Certificate of Good Standing*

I, David J. Maland, Clerk of this Court, certify that

David J. Healey

was duly admitted to practice in this Court on

March 20, 2002 , and is in good standing

as a member of the Bar of this Court.

Dated at Beaumont, Texas

_David Maland_
_____
Clerk of Court

on  January 29, 2009

by  _Adele McMillan_
_____
Deputy Clerk