UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Cygnus Systems, Inc.

Plaintiff(s)/Petitioner(s),

vs.

Microsoft Corporation; Apple, Inc.; and Google, Inc.

Defendant(s)/Respondent(s)

CASE NO: CV-08-2337-PHX-NVW

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)

FILED ___ LODGED
RECEIVED ___ COPY
FEB 0 2 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE: $50.00 APPLICATION FEE REQUIRED!**

I, James Nicholas Bunch, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of Apple Inc. and Microsoft Corp.

**CITY AND STATE OF PRINCIPAL RESIDENCE:** Dallas, Texas
**FIRM NAME:** Fish & Richardson P.C.
**ADDRESS:** 1717 Main Street **SUITE:** 5000
**CITY:** Dallas **STATE:** TX **ZIP:** 75201
**FIRM/BUSINESS PHONE:** (214) 747-5070
**FIRM FAX PHONE:** (214) 747-2091 **E-MAIL ADDRESS:** bunch@fr.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| State of Texas (SBN 24050352) | 11/04/2005 | **Yes** / No* |
| US Court of Appeals - 5th Circuit | 08/2006 | **Yes** / No* |
| US Court of Appeals - 10th Circuit | 05/2007 | **Yes** / No* |

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| CASE NUMBER | TITLE OF ACTION | DATE GRANTED OR DENIED* |
|---|---|---|
| | | |
| | | |
| | | |

*EXPLAIN: _____

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
If you answer YES to either of the following questions, please explain all circumstances on a separate page.
   Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? Y/**N**
   Have you ever been disbarred from practice in any Court? Y/**N**

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct, and will comply with LRCiv 83.1(c).

01-21-09
Date

Signature of Applicant

Fee Receipt # _____

(Rev. 01/09)

AO 136A (Rev. 9/98) Certificate of Good Standing — Court of Appeals

# UNITED STATES COURT OF APPEALS

FOR THE _____FIFTH_____ CIRCUIT

## CERTIFICATE OF GOOD STANDING

I, _____CHARLES R. FULBRUGE, III_____, Clerk of this Court,

certify that _____JAMES NICHOLAS BUNCH_____ was duly admitted

to practice in this Court on _____AUGUST 10, 2006_____,
                                          DATE

and is in good standing in this Court.

Dated at _____NEW ORLEANS, LOUISIANA_____ on _____JANUARY 29, 2009_____
                            LOCATION                                    DATE

_____        _____
                    CLERK                                                    DEPUTY CLERK