**RYLEY CARLOCK & APPLEWHITE,**
A PROFESSIONAL ASSOCIATION
One North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4417
Telephone: 602-258-7701
Telecopier: 602-257-9582
John C. Lemaster (AZ Bar #011588)
jlemaster@rcalaw.com
William B. McManus (AZ Bar #013607)
wmcmanus@rcalaw.com
Robert J. Pohlman (AZ Bar #004601)
rpohlman@rcalaw.com
Rodolfo Parga, Jr. (AZ Bar #015514)
rparga@rcalaw.com
John M. Fry (AZ Bar #020455)
jfry@rcalaw.com
Kara A. Ricupero (AZ Bar #020647)
kricupero@rcalaw.com
Peter J. Borns (AZ Bar #020998)
pborns@rcalaw.com
Sean T. Hood (AZ Bar #022789)
shood@rcalaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| TRANSWESTERN PIPELINE COMPANY, LLC, a Delaware limited liability company, | No. CV-07-8134-PCT-JWS |
| Plaintiff, | Parcel No. YA-019.34 |
| vs. | **TRANSWESTERN PIPELINE'S JANUARY 25, 2008 STATUS REPORT** |
| .76 acre, more or less, of permanent easement located in Yavapai County, *et al.,* | |
| Defendants. | **(Assigned the Honorable John W. Sedwick)** |
| TRANSWESTERN PIPELINE COMPANY, LLC, a Delaware limited liability company, | No. CV-07-8135-PCT-JWS |
| Plaintiff, | Parcel No. YA-019.42.010.WS |
| vs. | |
| 2.13 acres, more or less, of temporary construction easement located in Yavapai County, *et al.,* | |
| Defendants. | |

927085.1
1/25/08

| | |
|---|---|
| TRANSWESTERN PIPELINE COMPANY, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>  vs.<br><br>.19 acre, more or less, of permanent easement located in Yavapai County, *et al.,*<br><br>        Defendants. | No. CV-07-8136-PCT-JWS<br><br>Parcel No. YA-072 |
| TRANSWESTERN PIPELINE COMPANY, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>  vs.<br><br>.41 acre, more or less, of permanent easement located in Yavapai County, *et al.,*<br><br>        Defendants. | No. CV-07-8137-PCT-JWS<br><br>Parcel No. YA-093 |
| TRANSWESTERN PIPELINE COMPANY, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>  vs.<br><br>.31 acre, more or less, of temporary construction easement located in Yavapai County, *et al.,*<br><br>        Defendants. | No. CV-07-8138-PCT-JWS<br><br>Parcel No. YA-110.WS |
| TRANSWESTERN PIPELINE COMPANY, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>  vs.<br><br>1.58 acres, more or less, of permanent easement located in Yavapai County, *et al.,*<br><br>        Defendants. | No. CV-07-8139-PCT-JWS<br><br>Parcel No. YA-111 |

| | |
|---|---|
| TRANSWESTERN PIPELINE COMPANY, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>1.51 acres, more or less, of permanent easement located in Yavapai County, *et al.,*<br><br>Defendants. | No. CV-07-8141-PCT-JWS<br><br>Parcel No. YA-124 |
| TRANSWESTERN PIPELINE COMPANY, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>1.15 acres, more or less, of permanent easement located in Yavapai County, *et al.,*<br><br>Defendants. | No. CV-07-8142-PCT-JWS<br><br>Parcel No. YA-135.07 |
| TRANSWESTERN PIPELINE COMPANY, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>1.0 acre, more or less, of permanent easement located in Yavapai County, *et al.,*<br><br>Defendants. | No. CV-07-8143-PCT-JWS<br><br>Parcel No. YA-137 |
| TRANSWESTERN PIPELINE COMPANY, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>.07 acre, more or less, of permanent easement located in Yavapai County, *et al.,*<br><br>Defendants. | No. CV-07-8144-PCT-JWS<br><br>Parcel No. YA-138 |

| | |
|---|---|
| TRANSWESTERN PIPELINE COMPANY, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>  vs.<br><br>.82 acre, more or less, of permanent easement located in Yavapai County, *et al.,*<br><br>        Defendants. | No. CV-07-8145-PCT-JWS<br><br>Parcel No. YA-138.01 |
| TRANSWESTERN PIPELINE COMPANY, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>  vs.<br><br>.08 acre, more or less, of permanent easement located in Yavapai County, *et al.,*<br><br>        Defendants. | No. CV-07-8147-PCT-JWS<br><br>Parcel No. YA-143.01 |
| TRANSWESTERN PIPELINE COMPANY, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>  vs.<br><br>.39 acre, more or less, of permanent easement located in Yavapai County, *et al.,*<br><br>        Defendants. | No. CV-07-8148-PCT-JWS<br><br>Parcel No. YA-144.05 |
| TRANSWESTERN PIPELINE COMPANY, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>  vs.<br><br>.14 acre, more or less, of permanent easement located in Yavapai County, *et al.,*<br><br>        Defendants. | No. CV-07-8149-PCT-JWS<br><br>Parcel Nos. YA-207, YA-207.01 |

| | |
|---|---|
| TRANSWESTERN PIPELINE COMPANY, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>.07 acre, more or less, of permanent easement located in Yavapai County, *et al.,*<br><br>　　　　Defendants. | No. CV-07-8150-PCT-JWS<br><br>Parcel No. YA-208 |
| TRANSWESTERN PIPELINE COMPANY, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>1.40 acres, more or less, of temporary construction easement located in Yavapai County, *et al.,*<br><br>　　　　Defendants. | No. CV-07-8151-PCT-JWS<br><br>Parcel No. YA-004.WS |
| TRANSWESTERN PIPELINE COMPANY, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>1.40 acres, more or less, of permanent easement located in Yavapai County, *et al.,*<br><br>　　　　Defendants. | No. CV-07-8152-PCT-JWS<br><br>Parcel No. YA-225 |
| TRANSWESTERN PIPELINE COMPANY, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>.39 acre, more or less, of permanent easement located in Yavapai County, *et al.,*<br><br>　　　　Defendants. | No. CV-07-8155-PCT-JWS<br><br>Parcel No. YA-063 |

| | |
|---|---|
| TRANSWESTERN PIPELINE COMPANY, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>.16 acre, more or less, of permanent easement located in Yavapai County, *et al.,*<br><br>　　　　Defendants. | No. CV-07-8156-PCT-JWS<br><br>Parcel No. YA-122.01 |
| TRANSWESTERN PIPELINE COMPANY, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>.28 acre, more or less, of permanent easement located in Yavapai County, *et al.,*<br><br>　　　　Defendants. | No. CV-07-8157-PCT-JWS<br><br>Parcel No. YA-133.012 |
| TRANSWESTERN PIPELINE COMPANY, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>.32 acre, more or less, of permanent easement located in Yavapai County, *et al.,*<br><br>　　　　Defendants. | No. CV-07-8158-PCT-JWS<br><br>Parcel No. YA-198 |

Pursuant to the Court's Orders dated December 5, 2007, and January 9, 2008, Transwestern Pipeline Company, LLC ("Transwestern") files this January 25, 2008 Status Report.

**I.　STATUS OF FERC PROCEEDINGS.**

Transwestern reported in its January 18, 2008 Status Report that the Federal Energy Regulatory Commission ("FERC") issued what it calls a tolling order, entitled *Order Granting Rehearing for Further Consideration*, on January 16, 2008. Transwestern submitted a copy of this Order to the Court with its January 18, 2008 Status Report.

As stated in the January 18, 2008 Status Report, on January 16, 2008, FERC issued an Authorization to Proceed on certain aspects of the Phoenix Expansion Project, authorizing the use of pipe storage yards and contractor yards. In addition, on the San Juan Loops, FERC authorized construction of the Bloomfield Compressor Station, including the use of a water well and hydrostatic pond. On January 18, 2008, FERC also authorized the construction of the San Juan Lateral Loop A.

Since Transwestern's January 18, 2008 Status Report, FERC still has not issued a stay notwithstanding the ongoing administrative review.

**II. ACCESS TO STATE LANDS**

As reported in the January 11, 2008 Status Report, Transwestern received the permit to access state lands. No further action is required for access to the state lands.

**III. ACCESS TO FEDERAL LANDS**

As stated in the January 11, 2008 Status Report, the Bureau of Land Management ("BLM") has issued its Record of Decision, Right-of-Way Grant, and Temporary use Permit. Transwestern received the Temporary Use Permit on Monday, January 14, 2008. Transwestern signed the permit and sent it back to the BLM. No further action is required to access federal lands.

**IV. CONSTRUCTION SCHEDULE**

The modified construction schedule Transwestern set forth in its January 11 and 18, 2008 Status Reports remains in place and on track. The only remaining items for which Transwestern is awaiting authorization before proceeding with the construction on the Phoenix Lateral of the Phoenix Expansion Project are the 401 and 404 Permits. As reported previously, Transwestern still expects to receive these permits by the last week of January and <u>no</u> later than the first week in February.

As set forth in the January 11, 2008 Status Report, Transwestern has modified its contract with Gregory & Cook, the contractor on the northern section of the Phoenix Lateral, by allowing the contractor to mobilize equipment and personnel prior to Transwestern issuing a notice to proceed to the contractor. The contractor continues to

mobilize personnel and equipment, and the contractor will conduct FERC-mandated training during the week of February 8, 2008. This will allow Transwestern to issue its notice to proceed on or about February 15, 2008, and the contractor will be able to begin construction almost immediately. Transwestern is on schedule to need access to private lands on the northern section of the pipeline on March 1, 2008 or within days thereafter.

As for the southern portion of the Phoenix Lateral, the contractor, Rockford Corporation, continues mobilizing equipment and personnel. This contractor is on schedule and needs access to private lands on March 1, 2008.

Because FERC issued its Authorization to Proceed with the use of contractor yards for the Phoenix Expansion Project, Transwestern issued a notice to proceed to its third contractor, Arizona Pipeline Company, on January 23, 2008. This contractor is building the eleven meter stations and the customer laterals that will be included on the Phoenix Lateral. Transwestern is having Arizona Pipeline fabricate the meter stations at its pipe storage and contractor yard. By fabricating the facilities for the meter stations at the contractor yards rather than on site at the meter stations, Transwestern estimates that it will save two to three weeks of construction time during the course of the project.

On January 24, 2008, Transwestern released another contractor to begin hauling 42-inch pipe from the pipeyard in Camp Navajo near Flagstaff, Arizona, to pipeyards in Chino Valley, Arizona, and Black Canyon City, Arizona.

In Transwestern's January 18, 2008 Status Report, Transwestern anticipated having its contractor start on Loop A of the San Juan Loop in the next two weeks. On January 21, 2008, three days after that Status Report was filed, Transwestern issued a Notice to Proceed to Gregory & Cook to begin construction on portions of the San Juan Loop. Gregory & Cook began construction on the San Juan Loop today, January 25, 2008. Also on January 21, 2008, Transwestern issued Notices To Proceed to the contractor constructing the San Juan Loop compressor station, and to the directional driller who will attempt, as required by the FERC Certificate, to drill under the San Juan

River on Loop A (if directional drilling is unsuccessful, Transwestern will have to do an open cut across the San Juan River).

## V. SERVICE UPDATE

In CV-07-2306-PHX-JWS, Transwestern began service by publication on the Estate of Donald E. Marlow – the sole landowner named in this action – on January 4, 2008 after a diligent search provided no information as to the personal representative of that estate. Subsequently, counsel for Transwestern was informed by Jeffrey A. Kopczynski, counsel for Debra Marlow Dennis, that she was the proper representative of that the estate. Mr. Kopczynski, however, further informed counsel that litigation was pending challenging Ms. Dennis' capacity to continue as personal representative of the same. Accordingly, service was made on Debra Marlow Dennis on January 6, 2007, proof of which was filed with the Court January 15, 2007. However, Transwestern continued publication in an abundance of caution in light of the pending lawsuit apparently challenging Ms. Dennis' position. A certificate of service on the Estate of Donald Marlow by publication was therefore also filed with the Court on January 23, 2008.

DATED this 25th day of January, 2008.

          **RYLEY CARLOCK & APPLEWHITE,**
          A Professional Association

          By /s/John C. Lemaster
             John C. Lemaster
             William B. McManus
             Robert J. Pohlman
             Rodolfo Parga, Jr.
             John M. Fry
             Kara A. Ricupero
             Peter J. Borns
             Sean T. Hood
             Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically transmitted the Status Report dated January 25, 2008 using the using the CM/ECF System for filing and transmittal of an electronic Notice of Electronic Filing to the CM/ECF System registrants, and via First Class Mail to the non-registered parties with known addresses who have appeared.

A courtesy copy of the attached has also been delivered to the Clerk of the Court for the Honorable John W. Sedwick

DATED this 25th day of January, 2008.

/s/Gina Zamora