1 Jonathan M. James (# 012204)
2 Mark E. Strickland (# 022291)
PERKINS COIE BROWN & BAIN P.A.
3 2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012
4 Telephone: 602-351-8000
5 Facsimile: 602-648-7000
JJames@perkinscoie.com
6 MStrickland@perkinscoie.com

7 *Attorneys for Defendant*
*Google Inc.*
8

9 UNITED STATES DISTRICT COURT

10 DISTRICT OF ARIZONA

11

12 CYGNUS SYSTEMS, INC., | Case No. CV-08-2337-PHX-NVW

13 Plaintiff,

14 v. | **GOOGLE INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**
15 MICROSOFT CORPORATION, APPLE INC. and GOOGLE INC., | **(First Request)**

16 Defendants.

17

18 Defendant Google Inc. ("Google") hereby moves for an extension of time through
19 and until March 2, 2009 to answer or otherwise respond to Cygnus' First Amended
20 Complaint (Docket No. 6). Counsel for Google consulted with counsel for Plaintiff
21 Cygnus Systems, Inc. ("Cygnus"), who responded that Cygnus does not oppose this
22 motion.

23 Recognizing that in its February 2 Order, the Court stated, "No further extensions
24 will be granted," Google respectfully requests an extension identical to that granted to its
25 co-defendants Microsoft Corporation and Apple Inc. As a result of the requested
26 extension, Google's due date to answer or otherwise respond would not constitute a

"further extension," but would instead provide a common deadline of March 2, 2009 for all defendants to respond to Cygnus's First Amended Complaint.

Dated: February 17, 2009.

Respectfully submitted,

By: /s/ Mark E. Strickland
    Jonathan M. James
    Mark E. Strickland
    Perkins Coie Brown & Bain P.A.
    2901 North Central Avenue, Suite 2000
    Phoenix, AZ 85012

*Attorneys for Defendant*
*Google Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter C. Warner: pcw@warnerpatents.com
Anna B. Folgers: afolgers@nshn.com
Lee F. Grossman: lgrossman@nshn.com
Matthew G. McAndrews: mmcandrews@nshn.com
Raymond P. Niro: rniro@nshn.com

        /s/ Mark E. Strickland
Mark E. Strickland

41063-0115/LEGAL15357868.1