| | |
|---|---|
| 1 | Jonathan M. James (# 012204) |
| 2 | Mark E. Strickland (# 022291) |
|   | PERKINS COIE BROWN & BAIN P.A. |
| 3 | 2901 North Central Avenue, Suite 2000 |
|   | Phoenix, AZ  85012 |
| 4 | Telephone:  602-351-8000 |
| 5 | Facsimile:  602-648-7000 |
|   | JJames@perkinscoie.com |
| 6 | MStrickland@perkinscoie.com |
| 7 | *Attorneys for Defendant* |
| 8 | *Google Inc.* |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| CYGNUS SYSTEMS, INC., | Case No. CV-08-2337-PHX-NVW |
| Plaintiff, | |
| v. | **DEFENDANT GOOGLE INC.'S CORPORATE DISCLOSURE STATEMENT** |
| MICROSOFT CORPORATION, APPLE INC. and GOOGLE INC., | |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Google Inc. certifies as follows:

1. Google Inc. has no parent corporation.

2. There are no publicly held corporations that own 10% or more of Google Inc.'s stock.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

| | | |
|---|---|---|
| 1 | Dated: February 17, 2009. | Respectfully submitted, |
| 2 | | |
| 3 | | By: /s/ Jonathan M. James |
| 4 | | Jonathan M. James<br>Mark E. Strickland |
| 5 | | Perkins Coie Brown & Bain P.A.<br>2901 North Central Avenue, Suite 2000 |
| 6 | | Phoenix, Arizona 85012 |
| 7 | | *Attorneys for Defendant*<br>*Google Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter C. Warner: pcw@warnerpatents.com
Anna B. Folgers: afolgers@nshn.com
Lee F. Grossman: lgrossman@nshn.com
Matthew G. McAndrews: mmcandrews@nshn.com
Raymond P. Niro: rniro@nshn.com

/s/ Jonathan M. James
Jonathan M. James

15368293.1