David J. Healey (Texas Bar No.09327980)
Garland Stephens (Texas Bar No. 24053910)
John R. Lane (Texas Bar No. 24057958)
Benjamin C. Elacqua (Texas Bar No. 24055443)
Fish & Richardson P.C.
One Houston Center – 28th Floor
1221 McKinney Street
Houston, TX 77010
Tel: (713) 652-0115
Fax: (713) 652-0109
healey@fr.com
stephens@fr.com
jclane@fr.com
elacqua@fr.com

James Nicholas Bunch (Texas Bar No. 24050352)
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070
Fax: (214) 747-2091
bunch@fr.com

Attorneys for Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Cygnus Systems, Inc.,**<br><br>Plaintiff(s),<br><br>v.<br><br>**Microsoft Corporation, Apple Inc., and Google, Inc.,**<br><br>Defendant(s). | **Case No. CV-08-2337-PHX-NVW**<br><br>**DEFENDANT APPLE INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, and Defendant Apple Inc. hereby files its Corporate Disclosure Statement. Defendant Microsoft Corporation has no parent corporations, and there is no publicly held company that owns 10% or more of Apple Inc.'s stock.

**Defendant Apple Inc.'s Corporate**
**Disclosure Statement – Page 1**

| | | |
|---|---|---|
| Dated: March 2, 2009 | | Respectfully submitted, |
| | | /s/ David J. Healey |
| | | David J. Healey (Texas Bar No. 09327980)<br>Garland Stephens (Texas Bar No. 24053910)<br>John R. Lane (Texas Bar No. 24057958)<br>Benjamin C. Elacqua (Texas Bar No. 24055443)<br>Fish & Richardson P.C.<br>One Houston Center – 28th Floor<br>1221 McKinney<br>Houston, TX 77010<br>Tel: (713) 652-0115<br>Fax: (713) 652-0109<br>healey@fr.com<br>stephens@fr.com<br>jlane@fr.com<br>elacqua@fr.com |
| | | James Nicholas Bunch (Texas Bar No. 24050352)<br>Fish & Richardson P.C.<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>Tel: (214) 747-5070<br>Fax: (214) 747-2091<br>bunch@fr.com |
| | | **ATTORNEYS FOR DEFENDANT APPLE INC.** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this the 2nd day of March, 2009.

/s/ David J. Healey

**Defendant Apple Inc.'s Corporate Disclosure Statement – Page 3**