David J. Healey (Texas Bar No.09327980)
Garland Stephens (Texas Bar No. 24053910)
John R. Lane (Texas Bar No. 24057958)
Benjamin C. Elacqua (Texas Bar No. 24055443)
Fish & Richardson P.C.
One Houston Center – 28th Floor
1221 McKinney Street
Houston, TX 77010
Tel: (713) 652-0115
Fax: (713) 652-0109
healey@fr.com
stephens@fr.com
jclane@fr.com
elacqua@fr.com

James Nicholas Bunch (Texas Bar No. 24050352)
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070
Fax: (214) 747-2091
bunch@fr.com

**Attorneys for Defendant Microsoft Corporation**

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **Cygnus Systems, Inc.,** | **Case No. CV-08-2337-PHX-NVW** |
| Plaintiff(s), | |
| v. | **DEFENDANT MICROSOFT CORPORATION'S DISCLOSURE STATEMENT** |
| **Microsoft Corporation, Apple Inc., and Google, Inc.,** | |
| Defendant(s). | |

Pursuant to Fed. R. Civ. P. 7.1, and Defendant Microsoft Corporation hereby files its Corporate Disclosure Statement. Defendant Microsoft Corporation has no parent corporations, and there is no publicly held company that owns 10% or more of Microsoft Corporation's stock.

**Defendant Microsoft Corporation's**
**Corporate Disclosure Statement – Page 1**

Dated: March 2, 2009

Respectfully submitted,

/s/ David J. Healey

David J. Healey (Texas Bar No. 09327980)
Garland Stephens (Texas Bar No. 24053910)
John R. Lane (Texas Bar No. 24057958)
Benjamin C. Elacqua (Texas Bar No. 24055443)
Fish & Richardson P.C.
One Houston Center – 28th Floor
1221 McKinney
Houston, TX 77010
Tel: (713) 652-0115
Fax: (713) 652-0109
healey@fr.com
stephens@fr.com
jlane@fr.com
elacqua@fr.com

James Nicholas Bunch (Texas Bar No. 24050352)
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070
Fax: (214) 747-2091
bunch@fr.com

**ATTORNEYS FOR DEFENDANT MICROSOFT CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this the 2nd day of March, 2009.

/s/ David J. Healey

**Defendant Microsoft Corporation's**
**Corporate Disclosure Statement – Page 3**