```
                    FILED _____ LODGED
                    RECEIVED _____ COPY
UNITED STATES DISTRICT COURT
     DISTRICT OF ARIZONA          MAR 0 4 2009

                                  CLERK U S DISTRICT COURT
                                   DISTRICT OF ARIZONA
                                   BY           M DEPUTY
```

| | |
|---|---|
| CYGNUS SYSTEMS, INC. ) | CASE NO. CV 06-173-TUC-RCC |
| Plaintiff, ) | |
| vs. ) | APPLICATION OF ATTORNEY FOR |
| ) | ADMISSION TO PRACTICE PRO HAC VICE |
| MICROSOFT CORPORATION, APPLE INC. ) | PURSUANT TO LRCIV 83.1(b)(3) |
| and GOOGLE INC. ) | |
| Defendants. ) | |

NOTICE: Please submit the $50 fee with your application

I, **RAMSEY M. AL-SALAM**, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of defendant, Google Inc.

**CITY AND STATE OF PRINCIPAL RESIDENCE:** Bainbridge Island, Washington
**FIRM NAME:** Perkins Coie LLP
**ADDRESS:** 1201 Third Avenue, Suite 4800
**CITY:** Seattle    **STATE:** WA    **ZIP:** 98101-3099
**FIRM/BUSINESS PHONE:** 206.359.6385
**FIRM FAX PHONE:** 206.359.7385    **E-MAIL ADDRESS:** Ralsalam@perkinscoie.com

I am admitted to practice before the following courts (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| State of Washington (WSBA 18822) | November 1989 | Yes / No* |
| Western Washington District Court | February 1990 | Yes / No* |
| Eastern Washington District Court | June 1992 | Yes / No* |
| District of Colorado | May 2000 | Yes / No* |
| Northern District of Illinois | January 2008 | Yes / No* |
| Court of Appeals for the Federal Circuit | January 1985 | Yes / No* |
| Court of Appeals for the Ninth Circuit | January 1984 | Yes / No* |

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| CASE NUMBER | TITLE OF ACTION | DATE GRANTED OR DENIED* |
|---|---|---|

*EXPLAIN: _____

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
If you answer YES to either of the following questions, please explain all circumstances on a separate page.
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? Y / **N**
Have you ever been disbarred from practice in any Court? Y / **N**

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct, and will comply with LRCiv 83.1(c)..

2/27/09
Date     Signature of Applicant

Fee Receipt # _____

41063-0115/LEGAL15369262.1

# CERTIFICATE OF GOOD STANDING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

I, Bruce Rifkin, Clerk of the United States District Court for the Western District of Washington, Do Hereby Certify that Ramsey M. Al-Salam was admitted to practice in said Court on February 23, 1990 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on February 27, 2009.

Bruce Rifkin
Clerk

By _____
Deputy Clerk