Peter C. Warner (Ariz. State Bar #009338)
1723 W. 4th Street
Tempe, AZ 85281-2404
Tel.: (480) 894-6500
Fax: (602) 798-8279
pcw@warnerpatents.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cygnus Systems, Inc.<br>　　　　Plaintiff,<br><br>　　vs.<br><br>Microsoft Corporation; Apple Inc.; and Google Inc.,<br>　　　　Defendants. | Case No. 2:08-CV-02337-NVW<br><br>**JURY TRIAL DEMANDED** |

# PLAINTIFF'S RESPONSE TO GOOGLE INC.'S ANSWER AND COUNTERCLAIMS

Plaintiff Cygnus Systems, Inc. ("Cygnus") responds to the Counterclaims contained in the Defendant Google Inc.'s Answer to Amended Complaint and Counterclaims filed on March 2, 2009 by Defendant Google Inc. ("Google") as follows:

## COUNTERCLAIMS FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY

1. Google incorporates the responses, denials and admissions above as fully set forth herein.

**Response:** Cygnus incorporates its allegations in its Amended Complaint as fully set forth herein.

1

2. A valid and justiciable controversy has arisen and exists between Google and plaintiff as to whether Google is infringing any of plaintiff's patent rights, including the '850 patent, which plaintiff claims to have exclusively licensed.

**Response:** Cygnus admits that a valid and justiciable controversy has arisen and exists between Google and Cygnus as to whether Google is infringing the '850 patent, which plaintiff has the exclusive right to license and enforce. Cygnus denies the remaining allegations in this paragraph.

3. The Court has subject matter jurisdiction over Google's counterclaims pursuant to 28 U.S.C. §§ 2201-2202, 1331, and 1338.

**Response:** Admitted.

4. Google has not infringed, and is not infringing any of plaintiff's patent rights, including any valid claim of the '850 patent, either literally or under the doctrine of equivalents.

**Response:** Denied.

5. Google is entitled to a declaratory judgment that it has not infringed, and is not infringing, plaintiff's patent rights, including any rights plaintiff may have in the '850 patent.

**Response:** Denied.

6. A valid and justiciable controversy has arisen and exists between Google and plaintiff as to whether the '850 patent is valid.

2

**Response:** Denied.

7. On information and belief, a reasonable opportunity for discovery will establish that the '850 patent is invalid for failure to comply with the requirements of 35 U.S.C. §§ 102, 103 and/or 112.

**Response:** Denied.

8. Google is entitled to a declaratory judgment that the '850 patent is invalid.

**Response:** Denied.

Cygnus denies that Google is entitled to any of the relief requested in its Prayer for Relief.

**PLAINTIFF'S AFFIRMATIVE DEFENSES**

Cygnus asserts the following Affirmative Defenses against Google's Counterclaims and reserves the right to further amend its responses as additional information becomes available.

1. The claims of United States Patent No. 7,346,850 are valid, enforceable and infringed by Google.

2. Google has also knowingly contributed to or induced the infringement of others by willfully and intentionally aiding, assisting and encouraging such infringement.

3. Google's infringement has been willful, deliberate and objectively reckless.

4. Cygnus adopts and incorporates herein all affirmative defenses available pursuant to Federal Rule of Civil Procedure 8 (or any applicable statute or regulation), to

the extent the facts known at this time would make any of said defenses available or facts developed in the future would make same available.

WHEREFORE, Cygnus requests that judgment be entered against Google and in Cygnus's favor on the Counterclaims brought by Google. Cygnus further requests that it be granted all of the relief requested in its Amended Complaint.

**JURY DEMAND**

Cygnus demands a trial by jury on all issues properly triable to a jury.

Date: 3/24/2009

Respectfully submitted

PETER C. WARNER, P.C.

By: /s/ Peter C. Warner
Peter C. Warner

OF COUNSEL
Raymond P. Niro
Lee F. Grossman
Matthew G. McAndrews
Anna B. Folgers
Niro, Scavone, Haller & Niro
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Tel: (312) 236-0733
Fax: (312) 236-3137

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing **PLAINTIFF'S RESPONSE TO GOOGLE INC.'S ANSWER AND COUNTERCLAIMS** was served via electronic mail and First-Class United States Mail on the following:

David J. Healey healy@fr.com
Garland Stephens stephens@fr.com
John R. Lane jclane@fr.com
Benjamin C. Elacqua elacqua@fr.com
Fish & Richardson P.C.
One Huston Center – 28th Floor
1221 McKinney Street
Houston, TX 77010
Tel: (713) 652-0115
Fax: (713) 652-0109

James Nicholas Bunch bunch@fr.com
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070
Fax: (214) 747-2091

**Attorneys for Defendant Microsoft Corporation and Apple Inc.**

Jonathan M. James JJames@perkinscoie.com
Mark E. Strickland MStrickland@perkinscoie.com
Perkens, Coie, Brown & Bain P.A.
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012
Tel: (602) -351-8000
Fax: (602)-648-7000

**Attorneys for Defendant Google Inc.**

on this 24th day of March 2009

/s/ Lee F. Grossman