Peter C. Warner (Ariz. State Bar #009338)
1723 W. 4th Street
Tempe, AZ 85281-2404
Tel.: (480) 894-6500
Fax: (602) 798-8279
pcw@warnerpatents.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cygnus Systems, Inc.<br>   Plaintiff,<br><br> vs.<br><br>Microsoft Corporation; Apple Inc.; and Google Inc.,<br>   Defendants. | Case No. **CV-08-2337-PHX-NVW** |

## **NOTICE OF SERVICE**

Plaintiff, Cygnus Systems, Inc. hereby submits notice of the electronic service of Plaintiff's Fed.R.Civ.Pro 26(a)(1) Initial Disclosures pursuant to Arizona L.R.Civ. 5.2.

1

Dockets.Justia.com

| | | |
|---|---|---|
| Date: 3/27/2009 | | Respectfully submitted, |
| | | PETER C. WARNER, P.C. |
| | | By: <u>/s/ Peter C. Warner</u><br>Peter C. Warner |

<u>OF COUNSEL</u>
Raymond P. Niro
Lee F. Grossman
Matthew G. McAndrews
Anna B. Folgers
Niro, Scavone, Haller & Niro
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Tel: (312) 236-0733
Fax: (312) 236-3137

## Certificate of Service

I hereby certify that on March 27, 2009, I caused the foregoing **NOTICE OF SERVICE** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

David J. Healey healy@fr.com
Garland Stephens stephens@fr.com
John R. Lane jclane@fr.com
Benjamin C. Elacqua elacqua@fr.com
Fish & Richardson P.C.
One Huston Center – 28th Floor
1221 McKinney Street
Houston, TX 77010
Tel: (713) 652-0115
Fax: (713) 652-0109

James Nicholas Bunch bunch@fr.com
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070
Fax: (214) 747-2091

**Attorneys for Defendant Microsoft Corporation and Apple Inc.**

Jonathan M. James JJames@perkinscoie.com
Mark E. Strickland MStrickland@perkinscoie.com
Perkens, Coie, Brown & Bain P.A.
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012
Tel: (602) -351-8000
Fax: (602)-648-7000

**Attorneys for Defendant Google Inc.**

on this 27th day of March 2009

/s/ Lee F. Grossman