| | |
|---|---|
| 1 | David J. Healey (Texas Bar No.09327980) |
| | Garland Stephens (Texas Bar No. 24053910) |
| 2 | John R. Lane (Texas Bar No. 24057958) |
| | Benjamin C. Elacqua (Texas Bar No. 24055443) |
| 3 | Fish & Richardson P.C. |
| | One Houston Center – 28th Floor |
| 4 | 1221 McKinney Street |
| | Houston, TX 77010 |
| 5 | Tel: (713) 652-0115 |
| | Fax: (713) 652-0109 |
| 6 | healey@fr.com |
| | stephens@fr.com |
| 7 | jclane@fr.com |
| | elacqua@fr.com |

James Nicholas Bunch (Texas Bar No. 24050352)
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070
Fax: (214) 747-2091
bunch@fr.com

**Attorneys for Defendant Apple Inc.**

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **Cygnus Systems, Inc.,** | **Case No. CV-08-2337-PHX-NVW** |
| Plaintiff(s), | |
| v. | **DEFENDANT APPLE INC.'S NOTICE OF DISCLOSURE** |
| **Microsoft Corporation, Apple Inc., and Google, Inc.,** | |
| Defendant(s). | |

Pursuant to Federal Rule of Civil Procedure 26(a)(1), and Arizona Local Rule 5.2, Defendant Apple Inc. hereby notifies the Court of its compliance therewith by serving Plaintiff Cygnus Systems, Inc. via electronic mail with a copy of Defendant Apple Inc.'s Initial Disclosures.

**Defendant Apple Inc.'s Notice
of Disclosure – Page 1**

Dated: March 27, 2009

Respectfully submitted,

/s/ David J. Healey
_____
David J. Healey (Texas Bar No. 09327980)
Garland Stephens (Texas Bar No. 24053910)
John R. Lane (Texas Bar No. 24057958)
Benjamin C. Elacqua (Texas Bar No. 24055443)
Fish & Richardson P.C.
One Houston Center – 28th Floor
1221 McKinney
Houston, TX 77010
Tel: (713) 652-0115
Fax: (713) 652-0109
healey@fr.com
stephens@fr.com
jlane@fr.com
elacqua@fr.com

James Nicholas Bunch (Texas Bar No. 24050352)
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070
Fax: (214) 747-2091
bunch@fr.com

**ATTORNEYS FOR DEFENDANT APPLE INC.**

**Defendant Apple Inc.'s Notice of Disclosure – Page 2**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this the 27th day of March, 2009.

/s/ David J. Healey
David J. Healey

**Defendant Apple Inc.'s Notice of Disclosure – Page 3**