1  Jonathan M. James (# 012204)
2  Mark E. Strickland (# 022291)
   PERKINS COIE BROWN & BAIN P.A.
3  2901 North Central Avenue, Suite 2000
   Phoenix, AZ  85012
4  Tel:  602-351-8000/Fax:  602-648-7000
5  JJames@perkinscoie.com
   MStrickland@perkinscoie.com
6
7  Ramsey M. Al-Salam (admitted *pro hac vice*)
   PERKINS COIE LLP
8  1201 Third Avenue, Suite 4800
   Seattle, Washington 98101-3099
9  Tel: (206) 359-8000/Fax: (206) 359-9000
   RAlsalam@perkinscoie.com
10
11 *Attorneys for Defendant*
   *Google Inc.*
12
                    UNITED STATES DISTRICT COURT
13
                          DISTRICT OF ARIZONA
14

15 CYGNUS SYSTEMS, INC.,                      Case No. CV-08-2337-PHX-NVW

16              Plaintiff,

17       v.                                   **GOOGLE INC.'S NOTICE OF
                                              SERVICE OF INITIAL RULE
18 MICROSOFT CORPORATION, APPLE INC.          26(A) DISCLOSURES**
   and GOOGLE INC.,
19
                Defendants.
20

21 Defendant Google Inc. ("Google") hereby submits notice of the electronic service of its

22 Fed.R.Civ.Pro. 26(a)(1) Initial Disclosures pursuant to Arizona L.R. Civ. 5.2.
23
24
25
26

41063-0115/LEGAL15669144.1

| | | |
|---|---|---|
| 1 | Dated: March 30, 2009. | Respectfully submitted, |
| 2 | | |
| 3 | | By: /s/ *Ramsey M. Al-Salam* |
| 4 | |     Jonathan M. James (AZ Bar # 012204) |
| | |     Mark E. Strickland (AZ Bar # 022291) |
| 5 | |     Perkins Coie Brown & Bain P.A. |
| | |     2901 North Central Avenue, Suite 2000 |
| 6 | |     Phoenix, AZ  85012 |
| 7 | | |
| | |     Ramsey M. Al-Salam (*Pro Hac Vice*) |
| 8 | |     Perkins Coie LLP |
| | |     1201 Third Ave., Suite 4800 |
| 9 | |     Seattle, Washington 98101-3099 |
| 10 | | |
| | |     *Attorneys for Defendant* |
| 11 | |     *Google Inc.* |

# CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2009, I caused the foregoing Notice of Service to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Peter C. Warner: pcw@warnerpatents.com
Anna B. Folgers: afolgers@nshn.com
Lee F. Grossman: lgrossman@nshn.com
Matthew G. McAndrews: mmcandrews@nshn.com
Raymond P. Niro: rniro@nshn.com
Benjamin C. Elacqua: elacqua@fr.com
David J. Healey: healey@fr.com
Garland T Stephens: stephens@fr.com
James Nicholas Bunch: bunch@fr.com
John R Lane: jlane@fr.com

/s/ *Ramsey M. Al-Salam*
Ramsey M. Al-Salam

7