David J. Healey (Texas Bar No.09327980)
Garland Stephens (Texas Bar No. 24053910)
John R. Lane (Texas Bar No. 24057958)
Benjamin C. Elacqua (Texas Bar No. 24055443)
Fish & Richardson P.C.
One Houston Center – 28th Floor
1221 McKinney Street
Houston, TX 77010
Tel: (713) 652-0115
Fax: (713) 652-0109
healey@fr.com
stephens@fr.com
jclane@fr.com
elacqua@fr.com

**Attorneys for Defendants Apple Inc. and Microsoft Corporation**

Jonathan James (Bar No. 012204)
Mark E. Strickland (Bar No. 022291)
Perkins Coie LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012
Tel: (602) 351-8000
Fax: (602) 648-7000
jjames@perkinscoie.com
mstrickland@perkinscoie.com

Ramsey M. Al-Salam (*Pro Hac Vice*)
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Tel: (206) 359-8000
Fax: (206) 359-9000
ralsalam@perkinscoie.com

**Attorneys for Defendant Google, Inc.**

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| **Cygnus Systems, Inc.,** | Case No. CV-08-2337-PHX-NVW |
| Plaintiff(s), | |
| v. | **DEFENDANTS' NOTICE OF SERVICE RE FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF CYGNUS SYSTEMS, INC.** |
| **Microsoft Corporation, Apple Inc., and Google, Inc.,** | |
| Defendant(s). | |

**Defendants' Notice of Service – Page 1**

Pursuant to Arizona Local Rule 5.2, Defendants Apple Inc., Microsoft Corporation, and Google, Inc., by their undersigned attorneys, hereby notify the Court regarding service of the Defendants First Set of Requests for Production to Plaintiff Cygnus Systems, Inc. via electronic mail on April, 6, 2009.

Dated: April 8, 2009

Respectfully submitted,

/s/  David J. Healey

David J. Healey (Texas Bar No. 09327980)
Garland Stephens (Texas Bar No. 24053910)
John R. Lane (Texas Bar No. 24057958)
Benjamin C. Elacqua (Texas Bar No. 24055443)
Fish & Richardson P.C.
One Houston Center – 28th Floor
1221 McKinney
Houston, TX 77010
Tel: (713) 652-0115
Fax: (713) 652-0109
healey@fr.com
stephens@fr.com
jlane@fr.com
elacqua@fr.com

**ATTORNEYS FOR DEFENDANTS APPLE INC. and MICROSOFT CORPORATION**

/s/ Ramsey M. Al-Salam

Jonathan James (Bar No. 012204)
Mark E. Strickland (Bar No. 022291)
Perkins Coie LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012
Tel: (602) 351-8000
Fax: (602) 648-7000
jjames@perkinscoie.com
mstrickland@perkinscoie.com

Ramsey M. Al-Salam (*Pro Hac Vice*)
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Tel: (206) 359-8000
Fax: (206) 359-9000
ralsalam@perkinscoie.com

**ATTORNEYS FOR DEFENDANT GOOGLE, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this the 8th day of April, 2009.

        /s/ David J. Healey
        David J. Healey

**Defendants' Notice of Service – Page 3**