| | |
|---|---|
| 1  | Jonathan M. James (# 012204) |
| 2  | Mark E. Strickland (# 022291) |
|    | PERKINS COIE BROWN & BAIN P.A. |
| 3  | 2901 North Central Avenue, Suite 2000 |
|    | Phoenix, Arizona  85012 |
| 4  | Tel:  (602) 351-8000/Fax:  (602) 648-7000 |
| 5  | JJames@perkinscoie.com |
|    | MStrickland@perkinscoie.com |
| 6  | |
| 7  | Ramsey M. Al-Salam (admitted *pro hac vice*) |
|    | PERKINS COIE LLP |
| 8  | 1201 Third Avenue, Suite 4800 |
|    | Seattle, Washington  98101-3099 |
| 9  | Tel:  (206) 359-8000/Fax:  (206) 359-9000 |
| 10 | RAlsalam@perkinscoie.com |
| 11 | *Attorneys for Defendant Google Inc.* |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| CYGNUS SYSTEMS, INC., | Case No. CV-08-2337-PHX-NVW |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL** |
| MICROSOFT CORPORATION, APPLE INC. and GOOGLE INC., | |
| Defendants. | |

Plaintiff Cygnus Systems, Inc. and Defendant Google Inc. hereby stipulate and agree to the dismissal of Google Inc., with prejudice, and with each party bearing its own costs.

| By: /s/ Matthew G. McAndrews | By: /s/ Ramsey M. Al-Salam |
|---|---|
| Raymond P. Niro | Ramsey M. Al-Salam |
| Lee F. Grossman | Perkins Coie LLP |
| Matthew G. McAndrews | 1201 Third Avenue, Suite 4800 |
| Anna B. Folgers | Seattle, Washington 98101-3099 |
| Niro, Scavone, Haller & Niro | |
| 181 West Madison St., Suite 4600 | Jonathan M. James |
| Chicago, Illinois 60602 | Mark E. Strickland |
| | Perkins Coie Brown & Bain P.A. |
| Peter C. Warner | 2901 N. Central Avenue, Suite 2000 |
| Peter C. Warner, P.C. | Phoenix, Arizona 85012 |
| 1723 West 4th Street | |
| Tempe, Arizona 85281-2404 | |
| *Attorneys for Plaintiff Cygnus Systems, Inc.* | *Attorneys for Defendant Google Inc.* |

**STIPULATION FOR DISMISSAL** -2-

# CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Anna B. Folgers: afolgers@nshn.com
Lee F. Grossman: lgrossman@nshn.com
Matthew G. McAndrews: mmcandrews@nshn.com
Raymond P. Niro: rniro@nshn.com
Peter C. Warner: pcw@warnerpatents.com
Benjamin C. Elacqua: elacqua@fr.com
David J. Healey: healey@fr.com
Garland T. Stephens: stephens@fr.com
James Nicholas Bunch: bunch@fr.com
John R. Lane: jlane@fr.com

*/s/ Ramsey M. Al-Salam*

Ramsey M. Al-Salam

41063-0115/LEGAL16231668.1

**STIPULATION FOR DISMISSAL** -3-