IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Cygnus Systems, Inc., | ) | No. CV08-2337-PHX-NVW |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Microsoft Corporation; Apple Inc.; Google | ) | |
| Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court having reviewed the Stipulation for Dismissal and good cause appearing therefor,

IT IS ORDERED that Defendant Google Inc. is hereby dismissed with prejudice, with each party bearing its own costs.

DATED this 28th day of May, 2009.


_____
Neil V. Wake
United States District Judge