IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Cygnus Systems, Inc., | ) | No. CV08-2337-PHX-NVW |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| Microsoft Corporation; Apple Inc.; Google Inc.; | ) ) ) | |
| Defendants. | ) ) ) | |
| _____ | ) | |

Pursuant to stipulation of counsel,

IT IS ORDERED that all claims for relief asserted against Microsoft Corp. by Cygnus Systems, Inc. and against Cygnus Systems, Inc. by Microsoft Corp. herein are dismissed, with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

DATED this 7th day of July, 2009.

_____
Neil V. Wake
United States District Judge