Peter C. Warner (Ariz. State Bar #009338)
1723 W. 4th Street
Tempe, AZ 85281-2404
Tel: (480) 894-6500
Fax: (602) 798-8279
pcw@warnerpatents.com

Raymond P Niro
Matthew G. McAndrews
Lee F. Grossman
Anna B. Folgers
181 W. Madison Suite 4600
Chicago, IL 60602
Tel: (312) 236-0733
Fax: (312) 236-3137

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cygnus Systems, Inc. <br><br> Plaintiff, <br><br> v. <br><br> Microsoft Corporation; Apple Inc.; and Google Inc., <br> Defendants. | No. 2:08-CV-02337-PHX-NVW <br><br> **STIPULATION FOR DISMISSAL** |

Plaintiff Cygnus Systems, Inc. and Defendant Apple Inc. hereby stipulate and agree to the dismissal of Apple Inc., with prejudice, and with each party bearing its own costs.

1

Date: 7/16/2009

Respectfully submitted,

| | |
|---|---|
| By: /s/ Lee F. Grossman <br> Raymond P. Niro <br> Lee F. Grossman <br> Matthew G. McAndrews <br> Anna B. Folgers <br> Niro, Scavone, Haller & Niro <br> 181 West Madison St., Suite 4600 <br> Chicago, Illinois 60602 <br> Tel: (312) 236-0733 <br> Fax: (312) 236-3137 <br><br> *Attorneys for Cygnus Systems, Inc.* | By: /s/ Garland Stephens <br> David J. Healey healy@fr.com <br> Garland Stephens stephens@fr.com <br> John R. Lane jclane@fr.com <br> Benjamin C. Elacqua elacqua@fr.com <br> Fish & Richardson P.C. <br> One Houston Center – 28th Floor <br> 1221 McKinney Street <br> Houston, TX 77010 <br> Tel: (713) 652-0115 <br> Fax: 9713 0 652-0109 <br><br> *Attorneys for Apple Inc.* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cygnus Systems, Inc. | ) |
|     Plaintiff, | ) No. 2:08-CV-02337-PHX-NVW |
| v. | ) **ORDER OF DISMISSAL WITH PREJUDICE** |
| Microsoft Corporation; Apple Inc.; and Google Inc., | ) |
|     Defendants. | ) |

    On this day, Plaintiff Cygnus Systems, Inc. and Defendant Apple Inc. announced to the Court that they have settled their respective claims for relief asserted in this cause. The Court, having considered the parties' request, is of the opinion that their request for dismissal should be granted.

    IT IS THEREFORE ORDERED that all claims for relief asserted against Apple Inc. by Cygnus Systems, Inc. and against Cygnus Systems, Inc. by Apple Inc. herein are dismissed, with prejudice.

    IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

    Signed this _____ day of July, 2009.

_____

Neil V. Wake

United States District Judge

## Certificate of Service

I hereby certify that on July 16, 2009, I caused the foregoing **STIPULATION FOR DISMISSAL** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

David J. Healey healy@fr.com
Garland Stephens stephens@fr.com
John R. Lane jclane@fr.com
Benjamin C. Elacqua elacqua@fr.com
Fish & Richardson P.C.
One Houston Center – 28th Floor
1221 McKinney Street
Houston, TX 77010
Tel: (713) 652-0115
Fax: (713) 652-0109

James Nicholas Bunch bunch@fr.com
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070
Fax: (214) 747-2091

**Attorneys for Defendant Microsoft Corporation and Apple Inc.**

Jonathan M. James JJames@perkenscoie.com
Mark E. Strickland MStrickland@perkinscoie.com
Perkins, Coie, Brown & Bain P.A.
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012
Tel: (602) -351-8000
Fax: (602)-648-7000

Ramsey M. Al-Salam RAlsalam@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Tel: (206) 359-8000

**Attorneys for Defendant Google Inc.**

on this **16th** day of **July, 2009**

/s/  Lee F. Grossman