IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Cygnus Systems, Inc., | ) | No. CV08-2337-PHX-NVW |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Microsoft Corporation, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Pursuant to Stipulation of the parties,

IT IS ORDERED that all claims for relief asserted against Apple Inc. by Cygnus Systems, Inc. and against Cygnus Systems, Inc. by Apple Inc. herein are dismissed, with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

DATED this 27th day of July, 2009.

_____
Neil V. Wake
United States District Judge