1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                       FOR THE DISTRICT OF ARIZONA
8
9   Cygnus Systems, Inc.,                    )    No. CV08-2337-PHX-NVW
                                             )
10            Plaintiff,                      )    **ORDER**
                                             )
11  vs.                                      )
                                             )
12                                           )
    Microsoft Corporation; Apple Inc.; and   )
13  Google Inc.,                             )
                                             )
14            Defendants.                    )
                                             )
15  _____ )
16
17          On this day, Plaintiff Cygnus Systems, Inc. and Defendants Microsoft
18  Corporation, Apple Inc., and Google Inc., announced to the Court that they have settled
19  their respective claims for relief asserted in this cause. The Court, having considered
20  the parties' request, is of the opinion that their request for dismissal of Defendants'
21  Counterclaims should be granted.
22          IT IS THEREFORE ORDERED that all Counterclaims by Defendants against
23  Cygnus Systems, Inc. are dismissed, with prejudice.
24          DATED this 31st day of July, 2009.
25
26
27  _____
                      Neil V. Wake
28               United States District Judge