| UNITED STATES DISTRICT COURT | MAGISTRATE JUDGE'S MINUTES |
|---|---|
| **DISTRICT OF ARIZONA - Yuma** | |

DATE: 1/29/08     CASE NUMBER:   08-01387M-P-001

USA vs.  Ricardo Conde-Robles

U.S. MAGISTRATE JUDGE:  JAY R. IRWIN   #: 70BK

A.U.S. Attorney   None Present                    INTERPRETER
                                                                           LANGUAGE   English

Attorney for Defendant  Lorna Spencer (AFPD)
MATERIAL WITNESS(es):
MATERIAL WITNESS(es) state true name(s) to be:
Attorney for Material Witness(es):

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA  1/28/08     ☒ Initial Appearance         ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken    ☒ Defendant Sworn          ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)             ☐ Defendant states true name to be ___. Further proceedings ORDERED
                             in Defendant's true name.

**DETENTION HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
Set for:
Before:
☒ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released
☐ Defendant continued detained pending trial
   ☐ Flight risk  ☐ Danger

**IDENTITY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:
Before:

☐ Warrant of removal issued.

**PRELIMINARY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:
Before:
☐ Probable cause found     ☐ Dismissed
☐ Held to answer before District Court

**STATUS HEARING:** re: Plea / Sentence
☐ Held  ☐ Con't  ☐ Reset

Set for:     2/5/08 at 1:00 pm
Before:    Magistrate Judge Irwin

Other: Defense moves for a continuance. Prosecution Agent Jose Luis Reynoso, appearing for the Government, has no objection. Court grants motion and sets status hearing.

Recorded by Courtsmart (3 min)
BY:  Angela J. Tuohy
Deputy Clerk