SMITH LAW GROUP
Davis House
262 North Main Avenue
Tucson, Arizona 85701
Tel: (520) 547-1600

Christopher J. Smith
Pima County No. 53748
State Bar No. 010460
chris.smith@smithlawgroup.com

E. Hardy Smith
Pima County No. 53784
State Bar No. 010463
hardy.smith@smithlawgroup.com

Attorneys for Defendant Realty Executives of Southern Arizona

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| TYLER Q. FORD,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST MAGNUS FINANCIAL CORPORATION, dba CHARTER FUNDING, PETER AND JANE DOE MARCUS, dba ALLEGRA PRINT AND IMAGING, REALTY EXECUTIVES OF SOUTHERN ARIZONA, CARY AND CHRISTA RIDENOUR,<br><br>Defendants. | Case No: CV 07-133-TUC-JMR<br><br>***STIPULATION OF DISMISSAL AS TO DEFENDANT REALTY EXECUTIVES OF SOUTHERN ARIZONA, ONLY*** |

It is stipulated by and between counsel for the parties hereto that this case may be dismissed with prejudice as to defendant Realty Executives of Southern Arizona, only, each party to bear its own costs and attorney's fees.

Dated this _7th_ day of February, 2008.

SMITH LAW GROUP

_/s/ Christopher J. Smith_
Christopher J. Smith
E. Hardy Smith

-1-

<pre>
                              HARALSON MILLER PITT FELDMAN & MCANALLY,
                              PLC

                              _____
                              Peter T. Limperis
                              Attorneys for Plaintiff

Copy mailed Feb. 7, 2008 to:

David G. Duckworth
Drummond & Duckworth
4590 MacArthur Boulevard, Suite 500
Newport Beach, CA 92660
Attorneys for Plaintiff

Larry D. Langley
Michael Hrnicek
Langley Law Firm, P.C.
8170 N. 86th Place, Suite 100
Scottsdale, AZ 85258
Attorneys for Defendants Marcus and Allegra Print and Imaging

Barry A. MacBan
Laura V. MacBan
MacBan Law Offices
1795 E. Skyline Drive, Suite 155
Tucson, AZ 85718
Attorneys for Defendants Cary and Christa Ridenour

Ray K. Harris
Fennemore Craig, P.C.
3003 N. Central Avenue, Suite 2600
Phoenix, AZ 85012
    and
Ali J. Farhang
Fennemore Craig, P.C.
One S. Church Avenue, Suite 1000
Tucson, AZ 85701-1627
Attorneys for Defendant First Magnus Financial Corp.


_____
Jacquie Bartlett
</pre>

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | UNITED STATES DISTRICT COURT | |
| 6 | DISTRICT OF ARIZONA | |
| 7 | TYLER Q. FORD, | |
| 8 | Plaintiffs, | Case No: CV 07-133-TUC-JMR |
| 9 | vs. | |
| 10 | FIRST MAGNUS FINANCIAL CORPORATION, dba CHARTER FUNDING, PETER AND JANE DOE MARCUS, dba ALLEGRA PRINT AND IMAGING, REALTY EXECUTIVES OF SOUTHERN ARIZONA, CARY AND CHRISTA RIDENOUR, | ***STIPULATION OF DISMISSAL AS TO DEFENDANT REALTY EXECUTIVES OF SOUTHERN ARIZONA, ONLY*** |
| | Defendants. | |

Pursuant to stipulation of counsel and good cause appearing therefor,

IT IS ORDERED that this case be and it is hereby dismissed with prejudice as to defendant Realty Executives of Southern Arizona, only, each party to bear its own costs and attorney's fees.