1  John E. Karow, Esq. (14200)
   **Law Office of John E. Karow, P.C.**
2  11350 North 104th Place
3  Scottsdale, AZ 85259
   (480)-391-2236
4  Attorneys for Defendant

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

| | | |
|---|---|---|
| 9 | ROBERT R. and DEBORAH L. MACY, husband and wife, ) ) | No. CV06-1553-PHX-PGR |
| 10 | ) | |
| 11 | Plaintiff, ) ) | NOTICE OF APPEAL |
| 12 | vs. ) ) | |
| 13 | WESTERN IMPERIAL 2000, LLC, a California ) limited liability company, ) | |
| 14 | ) | |
| 15 | Defendant. ) _____ ) | |

        NOTICE IS HEREBY GIVEN that Western Imperial 2000, LLC, defendant in the

above named case, hereby appeals to the United States Court of Appeals for the Ninth

Circuit from the Amended Judgment in a Civil Case entered in this action on the 11th

day of January, 2008.

        Dated this 8th day of February, 2008.

                                LAW OFFICE OF JOHN E. KAROW

                                _____
                                John E. Karow
                                11350 North 104th Place
                                Scottsdale, Arizona 85259
                                Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2008, I electronically submitted the attached document th the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Patricia E. Nolan, Esq.
GAMMAGE & BURNHAM
Two North Central Avenue, 18th Floor
Phoenix, AZ 85004
Attorneys for Plaintiffs

and mailed a copy this
8th day of February, 2008 to:

Hon. Paul G. Rosenblatt
United States District Court Judge
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street, SPC56
Phoenix, AZ 85003

