**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

# DISPOSITION MINUTES - SUPERVISED RELEASE VIOLATION

CR-99-cr-00407-001-PCT-EHC         DATE: 02/11/08
Case Number

HON:   EARL H. CARROLL                      Judge:#   7014

USA v   VENSON H. DESCHINE

DEFENDANT: **PRESENT AND IN CUSTODY**

Deputy Clerk: ROBERTA HIGHTOWER            Crt Rptr: CANDY POTTER

U.S. Atty: DARCY CEROW                     Dft Atty: TYRONE MITCHELL, CJA APPOINTMENT

U.S. Probation Officer: ELIZABETH GONSHAK-PETERS

================================================================================

### DISPOSITION - SUPERVISED RELEASE

 X   Dft sentenced (see Judgment and/or Order for full text).

 X   Dft advised of right to appeal.

OTHER:

Disp/SR/Prob #6 1/1/94