# CRIMINAL COMPLAINT   MAG

| | |
|---|---|
| # UNITED STATES DISTRICT COURT | District **ARIZONA**    ✓ ___ FILED    ___ LODGED<br>___ RECEIVED    ___ COPY |

UNITED STATES OF AMERICA
V.

**Jesus LOPEZ-Castro**

**Year of Birth: 1971**

**Country of Citizenship: Mexico**

**A098 924 354**

**Case Control # TCA-0802-0266**

DOCKET NO.

FEB - 8 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

MAGISTRATE CASE NO.

**08-10674M**

Complaint for violation of Title **8**      United States Code **§ 1326(a); 1325**

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE<br>**United States Magistrate** | LOCATION<br>**Tucson, Arizona** |
|---|---|---|

| DATE OF OFFENSE<br>On or about<br>**February 06, 2008** | PLACE OF OFFENSE<br>At or near<br>**Sasabe, Arizona** | ADDRESS OF ACCUSED (if known)<br>**Mexico** |
|---|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

COUNT 1: On or about February 06, 2008, at or near Sasabe, Arizona, in the District of Arizona, Jesus LOPEZ-Castro, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on February 19, 2006, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

COUNT 2: That on or about February 06, 2008, at or near Sasabe, Arizona, in the District of Arizona, Jesus LOPEZ-Castro, an alien, did unlawfully enter the United States of America from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325.

BASIS OF COMPLAINTS CHARGE AGAINST THE ACCUSED:

Jesus LOPEZ-Castro is a citizen of Mexico. On or about February 19, 2006, Jesus LOPEZ-Castro was lawfully denied admission, excluded, deported, and removed from the United States through Nogales, Arizona. On February 06, 2008, agents found LOPEZ-Castro in the United States at or near Sasabe, Arizona. LOPEZ-Castro did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, as evidenced from his illegal presence in the United States, Jesus LOPEZ-Castro entered the United States from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States.

| MATERIAL WITNESSES IN RELATION TO THIS CHARGE<br>Border Patrol Agent(s) **Norman Robinson** | |
|---|---|
| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: SAUSA | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Senior Patrol Agent |

| Sworn to before me and subscribed in my presence. | | |
|---|---|---|
| SIGNATURE OF MAGISTRATE (1) | | DATE<br>**February 08, 2008** |

1) See Federal Rules of Criminal Procedure rules 3 and 54.

AO 81 (Rev. 11/82)