| | |
|---|---|
| 1 | JON M. SANDS |
| 2 | Federal Public Defender |
|   | District of Arizona |
| 3 | 850 West Adams, Suite 201 |
|   | Phoenix, Arizona 85007 |
| 4 | Telephone: (602) 382-2737 |
| 5 | CRAIG ORENT, #015512 |
|   | craig_orent@fd.org |
| 6 | Asst. Federal Public Defender |
| 7 | Attorney for Defendant |

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-07-1096-PHX-JAT |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE SENTENCING** |
| v. | |
| Alejandro Alarcon-Adame, | (First Request) |
| Defendant. | |

Defendant, Alejandro Alarcon-Adame, by and through undersigned counsel, respectfully moves this Court for an order continuing the sentencing in the above matter from March 31, 2008, for a period of two (2) weeks. Undersigned counsel has a previously scheduled vacation during the week of March 31, 2008.

Defense counsel has contacted Assistant United States Attorney, Karen McDonald, of the contents of this motion and he has no objection to the requested continuance.

Excludable delay under 18 U.S.C. § 3161(h)(1)(F) may occur as a result of this motion or from an order based thereon.

. . .

. . .

Respectfully submitted: February 15, 2008.

JON M. SANDS
Federal Public Defender

*s/Craig Orent*
CRAIG ORENT
Asst. Federal Public Defender

I hereby certify that on February 15, 2008, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal to the following ECF registrants:

KAREN S. MCDONALD
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408

Copy mailed to:

ALEJANDRO ALARCON-ADAME
Defendant

*s/ Susan L. West*

-2-