TERRY GODDARD
ATTORNEY GENERAL
(FIRM STATE BAR NO. 14000)

CRAIG W. SOLAND
ASSISTANT ATTORNEY GENERAL
CRIMINAL APPEALS SECTION
1275 W. WASHINGTON
PHOENIX, ARIZONA 85007-2997
TELEPHONE: (602) 542-4686
(STATE BAR NUMBER005953)
E-MAIL: CADocket@azag.gov

ATTORNEYS FOR RESPONDENTS

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| AARON R. SHREEVE, | CIV 07–2477–PHX–MHM (MHB) |
| Petitioner, | |
| -vs- | |
| DORA B. SCHRIRO, et al., | [PROPOSED] ORDER |
| Respondents. | |

This Court, having received and considered Respondents' Motion for Extension of Time to File Answer to Petition for Writ of Habeas Corpus (First Request), filed February 15, 2008, and good cause appearing therefore, IT IS ORDERED that Respondents' motion is GRANTED and that Respondents may have up to and including April 17, 2008, in which to file their Answer.