Michael Herzog, State Bar No.: 005892
HERZOG AND O'CONNOR
7333 East Doubletree Ranch Road, Suite 280
Scottsdale, Arizona 85258
Telephone: (480) 998-3855
Email: Michael@herzogandoconnor.com

Attorneys for Defendant Interstate Trailers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANIES; MIKE DOWERS BACKHOE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERSTATE TRAILERS, INC., a Texas corporation; RDO EQUIPMENT COMPANY, a foreign corporation doing business in Arizona; JOHN DOES 1-10; ABC CORPORATIONS 1-10; XYZ PARTNERSHIPS 1-10, <br><br> Defendants. | Case No.: 08-cv-00062-FRZ <br><br> (Pima County Superior Court No. C2007-7174) <br><br> NOTICE OF SERVICE OF DISCOVERY PAPERS <br><br> (The Honorable Judges of the United States District for the District of Arizona) |

Pursuant to Federal Rules of Civil Procedure, the undersigned party has served discovery papers upon counsel whose names and addresses where served are listed below:

Marshall Humphrey, III, Esq.
Andrew J. Petersen, Esq.
HUMPHREY & PETERSEN, P.C.
3861 East Third Street
Tucson, Arizona 85761
Attorneys for Plaintiffs

John H. Ishikawa, Esq.
SKYPECK & SORENSEN
One East Camelback Road, Suite 800
Phoenix, Arizona 85012
Attorneys for Defendants RDO Equipment Company

The discovery papers that were served with a copy of this Notice are described below:

Request for Production of Documents to Plaintiffs

RESPECTFULLY SUBMITTED this 15th day of February, 2008.

           HERZOG AND O'CONNOR

By /s/ Michael Herzog
   Michael Herzog
   7333 East Doubletree Ranch Road
   Suite 280
   Scottsdale, Arizona 85258
   Attorneys for Defendants Interstate Trailers, Inc.

Original electronically filed using the CM/ECF system this 15th day of February, 2008, with:

The Clerk of the Court
UNITED STATES DISTRICT COURT
District of Arizona
405 West Congress Street
Tucson, Arizona 85701

Copy electronically filed using the CM/ECF system this 15th day of February, 2008, to:

Marshall Humphrey, III, Esq.
Andrew J. Petersen, Esq.
HUMPHREY & PETERSEN, P.C.
3861 East Third Street
Tucson, Arizona 85761
Attorneys for Plaintiffs

John H. Ishikawa, Esq.
SKYPECK & SORENSEN
One East Camelback Road, Suite 800
Phoenix, Arizona 85012
Attorneys for Defendants RDO Equipment Company

By /s/ Michael Herzog