Cygnus Systems, Inc. v. Microsoft Corporation, et al Doc. 94

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES - GENERAL**

Phoenix Division

CIV 07-2298-PHX-JWS
Year Case No Initials

DATE: 2/14/2008

Title: Transwestern Pipeline Company, LLC (Plaintiff) vs. 2.55 acres, more or less, of permanent easement located in Maricopa County, et al. (Defendant)

==========================================================================

HON: JOHN W. SEDWICK Judge # 7-11

Christine Boucher
Deputy Clerk

Vicki Reger
Court Reporter/ECR

**Attorney(s) for Plaintiff(s)**

John Lemaster

**Attorney(s) for Defendant(s)**

Russell Rea

==========================================================================

**PROCEEDINGS:** __X__ **Open Court** ____ **Chambers** ____ **Other**

Status Hearing held. Order to follow.

Time in court: 0

Dockets.Justia.com