Claudio E. Iannitelli (012759)
cei@cimlaw.com
**CHEIFETZ IANNITELLI MARCOLINI, P.C.**
1850 North Central Avenue, 19th Floor
Phoenix, Arizona 85004
Telephone (602) 952-6000
Facsimile (602) 952-7020

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| GCB COMMUNICATIONS, INC., an Arizona corporation, d/b/a PACIFIC COMMUNICATIONS; LAKE COUNTRY COMMUNICATIONS, INC., a Minnesota corporation,<br><br>Plaintiffs,<br><br>-vs-<br><br>U.S. SOUTH COMMUNICATIONS, INC., a Georgia corporation; and UNIDENTIFIED COMPANIES 1 THROUGH X,<br><br>Defendants. | No. 2:07-cv-02054-SRB<br><br>**PLAINTIFF'S REQUEST FOR EXTENSION OF TIME**<br><br>(Assigned to the Honorable Susan R. Bolton) |

Plaintiffs, GCB Communications, Inc., d/b/a Pacific Communications, and Lake Country Communications, Inc. ("Plaintiffs"), hereby submit this Request for Extension of Time to file the Joint Proposed Case Management Plan pursuant to the Court's Order dated January 8, 2008. Plaintiffs' counsel overlooked determining the availability of Defendant's counsel to finalize the Joint Proposed Case Management Plan. As a result, Plaintiffs respectfully request that this Court extend the deadline to file the Joint Proposed Case Management Plan until Tuesday, February 19, 2008.

///

///

| | |
|---|---|
| 1 | **RESPECTFULLY SUBMITTED** this 15th day of February, 2008. |
| 2 | **CHEIFETZ IANNITELLI MARCOLINI, P.C.** |
| 3 | |
| 4 | By /s/ Claudio E. Iannitelli |
| | Claudio E. Iannitelli |
| 5 | Attorneys for Plaintiff |

N:\CLIENTS\Pacific Comm\Dial Around-US South 269-138\Request for Extention 02 15 08.doc

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February, 2008, I electronically transmitted the attached document to the Office of the Clerk of the United States District Court, District of Arizona, using the CM/ECF System for filing, with a transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

The Honorable Susan R. Bolton
UNITED STATES DISTRICT COURT
Sandra Day O'Connor U.S. Courthouse, Suite 522
401 West Washington Street, SPC 50
Phoenix, Arizona 85003-2153

Brian A. Weinberger, Esq.
Buchalter Nemer
16435 North Scottsdale Road, Suite 440
Scottsdale, Arizona 85254
bweinberger@buchalter.com
Attorneys for Defendant


By: /s/ Julie Mills


N:\CLIENTS\Pacific Comm\Dial Around-US South 269-138\Request for Extention 02 15 08.doc