| | |
|---|---|
| ROSHKA DEWULF & PATTEN, PLC<br>ONE ARIZONA CENTER<br>400 EAST VAN BUREN STREET<br>SUITE 800<br>PHOENIX, ARIZONA 85004<br>TELEPHONE NO 602-256-6100<br>FACSIMILE 602-256-6800<br>roshka@rdp-law.com<br>jgardner@rdp-law.com<br><br>Name and State Bar No.:<br>    Paul J. Roshka/#009285<br>    Jeffrey D. Gardner/#021783<br><br>Attorneys for Defendant Don W. Watson | |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **COMMUNICATIONS WORKERS OF AMERICA PLAN FOR EMPLOYEES' PENSIONS AND DEATH BENEFITS, Individually and on Behalf of All Others Similarly Situated,**<br><br>                                              **Plaintiff,**<br>       vs.<br><br>**CSK AUTO CORPORATION, MAYNARD L. JENKINS, JR.; DON W. WATSON and MARTIN G. FRASER,**<br><br>                                              **Defendants.** | **No. 2:CIV 06-1503 PHX DGC (LEAD)**<br>**(Consolidated)**<br><br><br>**DEFENDANT DON W. WATSON'S JOINDER IN DEFENDANTS CSK AUTO CORPORATION'S AND MAYNARD L. JENKINS' OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION; DECLARATION OF ALLAN W. KLEIDON IN SUPPORT OF OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

Defendant Don W. Watson hereby joins in Defendants CSK Auto Corporation's and Maynard L. Jenkins' Opposition to Lead Plaintiff's Motion for Class Certification, the Declaration of Allan W. Kleidon in Support of Opposition to Lead Plaintiff's Motion for

ROSHKA DeWULF & PATTEN, PLC
ONE ARIZONA CENTER
400 EAST VAN BUREN - SUITE 800
PHOENIX, ARIZONA 85004
TELEPHONE NO 602-256-6100
FACSIMILE 602-256-6800

Class Certification and the Request for Judicial Notice in Support of Opposition to Lead Plaintiff's Motion for Class Certification, served on the Parties in this matter on February 15, 2008, for the reasons set forth in the pleadings.

DATED this 15th day of February, 2008.

                      ROSHKA DeWULF & PATTEN, PLC

                      By_s/Paul J. Roshka, Jr.
                         Paul J. Roshka, Jr., Esq.
                         Jeffrey D. Gardner, Esq.
                         One Arizona Center
                         400 East Van Buren Street, Suite 800
                         Phoenix, Arizona 85004
                         Attorneys for Defendant Don W. Watson

# CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2008, I electronically filed the attached document with the Clerk of the Court using the CM/ECF system for filing, which will transmit a Notice of Electronic Filing to all registered Filing Users through the Court's Electronic Filing System this 15th day of February, 2008.

/s/ Ruth Autrey

Watson.CWA\Pleadings\Joinder Oppos Mtn Class Cert.doc

ROSHKA DeWULF & PATTEN, PLC
ONE ARIZONA CENTER
400 EAST VAN BUREN - SUITE 800
PHOENIX, ARIZONA 85004
TELEPHONE NO 602-256-6100
FACSIMILE 602-256-6800