| | |
|---|---|
| 1 | DIANE J. HUMETEWA<br>United States Attorney |
| 2 | District of Arizona<br>NICOLLE J. KRIVDA |
| 3 | Assistant U.S. Attorney<br>Evo A. Deconcini U.S. Courthouse |
| 4 | 405 West Congress, Suite 4800<br>Tucson, Arizona 85701-5040 |
| 5 | Telephone: 520-620-7300<br>nicolle.krivda@usdoj.gov |
| 6 | Attorneys for Plaintiff |

FILED ✓　　LODGED
RECEIVED　　COPY

FEB 15 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| United States of America, | ) | **INFORMATION** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | CR 07-1590-TUC-JMR(CRP) |
| vs. Daniel | ) | |
| Leonardo Morales-Pablo, | ) | Violations: 21 U.S.C.§841(a)(1) |
| | ) | 21 U.S.C.§841(b)(1)(D, 18 U.S.C. §2 |
| Defendant. | ) | (Aiding & Abetting the Possession )<br>with intent to |
| | ) | distribute marijuana) FELONY |

**THE UNITED STATES ATTORNEY CHARGES:**

On or about August 12, 2007, at or near the Organ Pipe Cactus National Monument, in the District of Arizona, **Leonardo Morales-Pablo**, did knowingly and intentionally aid and abet the possession with intent to distribute less than 50 kilograms of marijuana, that is, approximately 22 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D) and 18 U.S.C. §2.

DIANE J. HUMETEWA
United States Attorney
District of Arizona

*/s/ Nicolle Krivda*

NICOLLE J. KRIVDA
Assistant U.S. Attorney