**UNITED STATES DISTRICT COURT**                          **MAGISTRATE JUDGE'S MINUTES**
**DISTRICT OF ARIZONA - TUCSON**

DATE:  2/14/2008            CASE NUMBER:  CR 04-02296-TUC-JMR(BPV)

U.S. MAGISTRATE JUDGE:  BERNARDO P. VELASCO  Judge #: 70BJ

USA vs.  RAMSES ISLAS-PINO

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

U.S. Attorney  B. Anderson for Celeste Corlett            Interpreter Req'd Derek Sully

Attorney for Defendant  Rick Jones (Retained)

INITIAL APPEARANCE:

PETITION FOR VIOLATION OF ☐ PROBATION ☐ SUPERVISED RELEASE ☒ PRETRIAL RELEASE

Defendant ☐ ADMITS ☒ DENIES allegation (s) set forth in the Petition

☒ Gov't requests detention ☐ deft requests hearing ☐ no objection at this time

☐ Bail/Detention Hearing set for __ BEFORE _

☒ Evidentiary Hearing set for  2/22/2008 at 11:00 AM  BEFORE  MAGISTRATE JUDGE VELASCO

☐ Dispositonal Hearing set for __ BEFORE _

☒ Defendant is Ordered detained pending ☐ Detention/Bail ☐ evidentiary ☐ dispositional  hearings ☒ disposition of matter

_____

_____

_____

_____

_____

Recorded by Courtsmart          IA:  0
BY:  Armida Butler              Atty Appt:  0
Deputy Clerk