- 1 -

**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

|  |  |
|---|---|
| <u>JOHN H. RYLEY</u>       v. | SPARKS, TEHAN & RYLEY, P.C., <u>PROFIT SHARING PLAN, et al.</u> |
| THE HONORABLE H. RUSSEL HOLLAND | CASE NO.  <u>2:07-cv-2600-HRH</u> |
| <u>Deputy Clerk</u> | <u>Official Recorder</u> |
| ----- | ----- |

PROCEEDINGS:    **ORDER FROM CHAMBERS**

Plaintiff moves for a postponement of the date for filing a joint scheduling memorandum for this case. (Clerk's Docket No. 18.)

The motion is granted. The date for filing a joint scheduling memorandum is extended to and including March 12, 2008.

- 1 -