# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| KEVIN GLASS, | No. CIV-06-671-PHX-MHM |
| Plaintiff, | **ORDER DISMISSING THE REMAINING CLAIM WITH PREJUDICE** |
| vs. | |
| INTEL CORPORATION, et al., | |
| Defendants. | |

Pursuant to the Stipulation To Dismiss Remaining Claim with Prejudice filed by the parties, and good cause appearing,

IT IS HEREBY ORDERED dismissing plaintiff's sole remaining claim to survive summary judgment with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED directing the Clerk of Court to close this case.

Dated this 19th day of February, 2008.

_____
Mary H. Murgula
United States District Judge

936284.1
2/14/08