**DIANE HUMETEWA**
United States Attorney
District of Arizona
Judson T. Mihok
Assistant United States Attorney
405 W. Congress, Suite 4800
Tucson, Arizona  85701
judson.mihok@usdoj.gov
Telephone: (520) 620-7300
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08-0140 TUC CKJ (JCG) |
| Plaintiff, | |
| v. | NOTICE OF PRIOR CONVICTION<br>18 USC § 2252(B)(1) |
| WILLIAM PAUL RIGLI, | |
| Defendant. | |

Plaintiff, United States of America, by and through its attorneys undersigned, hereby files this the attached record of conviction from the case *State of Arizona vs. William Paul Rigli*, CR 30954, as notice to the defendant of a conviction the government believes will affect the statutory minimum penalties to which the defendant will be subject upon a conviction in his pending federal matter.  A copy of this record of conviction was shown to defense counsel at the defendant's detention hearing on January 11, 2008, and also provided pursuant to an Order issued by Magistrate Judge Marshall, dated January 24, 2008, on or about February 1, 2008.

**RESPECTFULLY SUBMITTED this 21st day of February, 2008.**

        DIANE HUMETEWA
        United States Attorney
        District of Arizona


        *s/Judson T. Mihok*

        Judson T. Mihok
        Assistant U.S. Attorney

1 | Copy of the foregoing served electronically or
by other means this 21st day of February, 2008, to:
2
Steven D. West, Esq.
3 | Attorney for the Defendant