```
Law Offices of
MATTHEW C. DAVIDSON, LTD.
1859 N. Grand Ave. Suite 1
Nogales, AZ, 85621
(520) 281-0433
Matthew C. Davidson, SBN 015021
Attorney for Defendant
```

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | ) No. 08-00023M |
|---|---|
| Plaintiff, | ) NOTICE OF APPEARANCE |
| vs. | ) |
| DAVID FELIX GUTIERREZ, | ) |
| Defendant. | ) |

The Law Offices of MATTHEW C. DAVIDSON, LTD. by and through counsel undersigned, hereby enters its appearance for the Defendant in the above-entitled cause, and enters a plea of not guilty to the charges in the Complaint(s).

DATED this 24th day of January, 2008.

Matthew C. Davidson
Attorney for Defendant

Copy of the foregoing
Mailed this 24th day
of January, 2008 to;

United States Magistrate District Court Judge

Assistant United States Attorney

-1-