JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: (602) 382-2727

MILAGROS A. CISNEROS, #020410
Asst. Federal Public Defender
Attorney for Defendant
milagros_cisneros@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. 08-6034M |
|---|---|
| Plaintiff, | **DEFENDANT'S MOTION TO EXTEND TIME TO INDICT** |
| vs. | (Reentry After Deportation) |
| Rigoberto Mejía, | (First Request) |
| Defendant. | (Unopposed) |

The above-named defendant, Rigoberto Mejía, who is accused of Reentry After Deportation in violation of 8 U.S.C. § 1326, being advised of the nature of the charges and of his rights in this matter, hereby moves this Court, pursuant to 18 U.S.C. § 3161(h)(8)(A), for an extension of an additional thirty (30) days within which the Government must indict this matter as required by the Speedy Trial Act. 18 U.S.C. § 3161. The basis for this request is to permit the defendant time within which to review the facts in this matter, to review discovery and to investigate defenses prior to waiving rights to a number of hearings. Additionally, the defendant is housed at CCA which is located between Phoenix and Tucson. This distance, coupled with the need for interpretation, requires additional time for counsel to review discovery material with the defendant.

The government has made a plea offer in this matter and will withdraw this offer if not timely accepted before this matter is indicted. Thereafter, a plea offer, if any, will be less favorable to the defendant.

For the foregoing reasons, the defendant asserts that the ends of justice will be served by continuing for thirty (30) days the speedy indictment date and those ends outweigh the best interests of the public and those of the defendant. Counsel for the government has been consulted and does not object. A proposed order is submitted herewith for the Court's consideration.

It is expected that excludable delay under Title 18 U.S.C. Section 3161(h)(8)(A) and (h)(1)(F) may result from this motion or from an order based thereon.

Respectfully submitted: February 28, 2008.

JON M. SANDS
Federal Public Defender

s/Milagros A. Cisneros
MILAGROS A. CISNEROS
Asst. Federal Public Defender

I hereby certify that on *February 28, 2008*, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal to the following ECF registrants:

SARAH HARTNETT
Special Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue
Suite 1200
Phoenix, Arizona 85004-4408

Copy mailed to:

RIGOBERTO MEJÍA
Defendant

s/Milagros A. Cisneros
M. Cisneros