UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **Muriel L. Crawford,** <br> PLAINTIFF(S) <br><br> v. <br><br> **Washington National Insurance Company, et al.,** <br> DEFENDANT(S) | CASE NO. **CV-07-1480-PHX-JAT** <br><br> NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

PLEASE TAKE NOTICE:

     Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Lodged Proposed First Amended Complaint #23* filed by *Paul Strange*:

☒ Cover sheet is missing. See LRCiv 15.1 and the Policies and Procedures Manual for further information.

**ACTION TAKEN BY THE COURT**

☒   DO NOT REFILE. The deficiency indicated above has been addressed by the Clerk.