UNITED STATES DISTRICT COURT                                                       MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - TUCSON

DATE: 2/12/2008    CASE NUMBER: 08-03038M-(HCE)

USA vs. DEANGELA LOPEZ

U.S. MAGISTRATE JUDGE: MAGISTRATE BERNARDO P. VELASCO    Judge #: 70BJ

U.S. Attorney Angie Martinez for Susan Baumann    INTERPRETER REQ'D N/A

Attorney for Defendant Karen Ottenstein (Appointed)

INITIAL APP: ☐ HELD    DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT   ☒ RELEASED  ☐ CUSTODY

☐ Complaint Filed  ☐ DOA _____    ☐ Warrant Other District       ☐ Financial Afdvt taken
                                        ☐ Warrant Phx Div.             ☐ No Financial Afdvt taken
                                        ☐ Counsel waives reading of the Complaint/Indictment

☐ Defendant states true name to be _____. Further proceedings Ordered in defendant's true name.

☐ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to §3142(e) & (f)
  is ☐ Granted ☐ Denied

☐ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☐ § 3142(f) ☐ § 3142(d)

PSA recommends _____ ; Gov't ☐ concurs ☐ objects

GOVERNMENT recommends _____

☐ Court accepts/rejects stip of ptys/recommendation by _____

Bail set at $ _____

☐ Defendant signed Order Setting Conditions of Release and released on _____

| DETENTION HEARING: ☒ Previously Held<br>Set for:<br>before: | PRELIMINARY HEARING: ☐ Held ☒ Waived<br>Set for:<br>before: |
|---|---|
| Gov't's request for detention ☐ Granted ☐ Denied | ☐ Probable cause found ☒ Held to answer before Dist. Court |
| ☐ Defendant Ordered detained pending trial<br>☐ Gov't withdraws request to detain defendant | ☐ PRELIMINARY HEARING telephonically waived and DEEMED Waived, VACATE hearing set for |

ARRAIGNMENT  Set for                                before:

OTHER: THE MAGISTRATE CASE REFERRAL IS: JUDGE HECTOR C. ESTRADA. ALL FILINGS IN THIS CASE SHOULD REFLECT THE FOLLOWING CASE NUMBER: 08-03038M-(HCE). Karen Ottenstein is appointed as attorney of record for defendant.

Recorded by Courtsmart
BY: Pamela Sweigart          PH: _____
Deputy Clerk                 Appt Cnsl: 0