United States District Court
for the District of Arizona
March 6, 2008

Minute Order

Case No.  CV 08-393-PHX-LOA

Title: Olivia O. Hans, v. Homesite Indemnity Company, et al.,

_____

DOCKET ENTRY

MINUTE ORDER   Pursuant to Local Rule 3.8(a), a request has been received for a random reassignment of this case to a District Judge FURTHER ORDERED Case reassigned by random draw to Judge James A. Teilborg.  All further pleadings/papers should now list the following COMPLETE case number:  CV 08-393-PHX-JAT.

_____

CASE ASSIGNED TO:
        Honorable James A. Teilborg,  District Judge


(9/15/99)