# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy McLennan, ) | **JUDGMENT IN A CIVIL CASE** |
| ) | |
| Plaintiff, ) | CV-06-3087-PHW-JWS (MHB) |
| ) | |
| v. ) | |
| ) | |
| State of Arizona, et al, ) | |
| ) | |
| Defendant. ) | |

___  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX  Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that having failed to comply with this Court's Order, Plaintiff to take nothing, and the complaint and action are dismissed with prejudice for failure to state a claim. This dismissal falls within the purview of 28 U.S.C. § 1915(g).

03/11/08                                              RICHARD H. WEARE
                                                      District Court Executive/Clerk

                                                      s/ Deborah N. Herman
                                                      By: Deputy Clerk

cc: (all counsel)