```
     /  FILED        ___ LODGED
     ___ RECEIVED    ___ COPY

         MAR 1 1 2008

     CLERK U S DISTRICT COURT
       DISTRICT OF ARIZONA
     BY_____ DEPUTY
```

REDACTED FOR PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br>v.<br><br>Rodrigo Reyes-Calsadillas,<br>a.k.a. Rodrigo Reyes-Calzadias,<br>a.k.a. Rodrigo Reyes,<br><br>            Defendant. | NO. CR 08-0178 PHX-FJM (MHB)<br><br>**I N D I C T M E N T**<br><br>VIO: 8 U.S.C. §§ 1326(a) and enhanced by (b)(2)<br><br>(Reentry After Deportation) |

THE GRAND JURY CHARGES:

      On or about January 11, 2008, RODRIGO REYES-CALSADILLAS, an alien, entered and was found in the United States of America at or near Phoenix in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Columbus, New Mexico, on or about January 26, 1999, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission.

      In violation of Title 8, United States Code, Sections 1326(a) and enhanced by (b)(2).

                                       A TRUE BILL

                                       /S/
                                 FOREPERSON OF THE GRAND JURY
                                 Date: March 11, 2008

DIANE J. HUMETEWA
United States Attorney
District of Arizona

 /S/
JAMES R. KNAPP
Special Assistant U.S. Attorney