```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF ARIZONA
```

Tucson                                MAGISTRATE JUDGE'S MINUTES

  CR 07-01715-001-TUC-JMR(HCE)                              Date: 3/13/2008
CASE NUMBER
Hon.  HÉCTOR C. ESTRADA, United States Magistrate Judge         Judge #: 70BQ

USA v.  DAMIEN ROMERO

DEFENDANT:   ☒ Present   ☐ Not Present   ☐ Released   ☒ Custody   ☐ Writ
Deputy Clerk  Rose Chavez                   Recorded by Courtsmart
U.S. Atty:  Joelyn Marlowe                  Dft Atty:  Saji Vettiyil(Appt)
Intrptr:  N/A

☐ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and
  B/W issued, dft to be held without bail

**PROCEEDINGS:**        ☐ ARRAIGNMENT/PLEA         ☒ CHANGE OF PLEA
☐ Waiver of Indictment filed
☐ CHARGES:
☒ Dft states true name to be:  SAME
☒ Dft advised: ☒ Right to trial by jury ☐ Right to indictment by GJ
☒ Dft enters:  ☒ GUILTY PLEA to  one-count indictment
☒ Plea agreement ☒ FILED ☐ NOT FILED ☐ SEALED
☒ Guidelines case  ☐ Non-guidelines case
☒ Continued for sentence to  **5/29/2008 at 9:25 AM BEFORE JUDGE ROLL**
☒ **ORDER:** PSR to be prepared.  (1) Any objection(s) to the presentence report shall be filed no later than 14 days after receiving the presentence report pursuant to Fed.R.Crim.P. 32(f)(2); (2) any response to the objection(s) to the presentence report shall be filed no later than 11 days after receiving the objection(s); (3) any sentencing memorandum shall be filed no later than 5 business days prior to sentencing; (4) Any party seeking to continue a sentencing date shall file a Motion to Continue no later than two (2) business days prior to the date of hearing.  Additionally, counsel shall telephonically notify chambers when sentencing is within two (2) business days; (5) failure to comply with this Order may result in the imposition of sanctions.
☐ To be dismissed upon entry of judgment
☒ ORDER vacate trial date/motion hearing/motions moot
☒ Provided with copy of Indictment/Information     ☒ Waives reading
☐ ORDER defendant remain released pending sentence/remanded to USM
☐ Interpreter not required. Remove interpreter designation.
☐ Other:

                                            COP:    17 Min