**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

_____

| | |
|---|---|
| **BILTMORE ASSOCIATES, as** ) <br> **Trustee for the Visitalk,** ) <br> **Creditors' Trust,** ) <br> ) <br>       Plaintiff, ) <br> ) <br>       vs. ) <br> ) <br> **PETER THIMMESCH, et al.,** ) <br> ) <br>       Defendants. ) <br> _____ ) | No.  **CV 02-2405-PHX-HRH** <br> <br> Phoenix, Arizona <br> March 13, 2008 <br> 1:19 p.m. |

BEFORE:  THE HONORABLE H. RUSSEL HOLLAND, JUDGE

REPORTER'S EXCERPTED TRANSCRIPT OF PROCEEDINGS

SETTLEMENT AGREEMENT

Official Court Reporter:
Candy L. Potter, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 36
Phoenix, Arizona 85003-2151
(602) 322-7246

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

1

2                    **A P P E A R A N C E S**

3

For the Plaintiff:
4           Tiffany & Bosco
            By:  **Christopher Reed Kaup**, Esq.
5           2525 East Camelback Road, 3rd Floor
            Phoenix, Arizona 85016
6

For the Defendants:
7           Mariscal Weeks McIntyre & Friedlander
            By:  **Gary L. Birnbaum**, Esq.
8                **Timothy J. Thomason,** Esq.
                 **Scot L. Claus,** Esq.
9           2901 North Central Avenue, Suite 200
            Phoenix, Arizona 85012

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    (Previous proceedings held on the record not included

2  in this transcript)

3

4    THE COURT:  Mr. Kaup.

5    MR. KAUP:  Your Honor, in light of your ruling,                13:19:09

6  counsel for Snell & Wilmer and I have had conversations right

7  before we resumed with our principals, and we have a resolution

8  of this matter between us and Snell & Wilmer which will avoid

9  the need to continue to proceed in the trial as between us and

10  Snell & Wilmer, assuming Your Honor approves of the resolution.  13:19:32

11    I'd like to put it on the record.

12    THE COURT:  Let's do it.

13    MR. KAUP:  Your Honor, first there would be a judgment

14  in favor of the -- in favor of Snell & Wilmer on all counts for

15  dismissal with prejudice of all counts, which obviously are the  13:19:49

16  malpractice count, the aiding and abetting, and the preference

17  count.

18    MR. BIRNBAUM:  Excuse me, Mr. Kaup, there is one other

19  count.  It is all counts, which is malpractice, aiding and

20  abetting, misrepresentation, and preference.                    13:20:05

21    MR. KAUP:  I apologize.

22    THE COURT:  Understood.

23    MR. KAUP:  Second, Your Honor, there would be an

24  award -- an agreement that the plaintiff would pay a fee -- an

25  amount of $100.  With all of the costs and fees to be borne by   13:20:24

1    each party.

2            THE COURT:  Let me play that back to make sure I

3    understand it.  I'm sort of turning it around.

4            But this aspect of the agreement is that everyone

5    would bear their own costs and attorney's fees, except that the          13:20:41

6    plaintiff is going to pay $100 --

7            MR. KAUP:  To Snell & Wilmer.

8            THE COURT:  -- to Snell & Wilmer.

9            MR. BIRNBAUM:  Your Honor, let me clarify, please.

10           The concept is that there will be a judgment entered          13:20:52

11   concluding this case.

12           THE COURT:  Yes.

13           MR. BIRNBAUM:  The judgment will provide for dismissal

14   of all claims, for payment by the plaintiff of $100 to Snell &

15   Wilmer, and otherwise that all parties will bear their own          13:21:06

16   costs and attorney's fees.

17           THE COURT:  Agreed, Mr. Kaup?

18           MR. KAUP:  Yes.

19           THE COURT:  Okay.  Anything else?

20           MR. KAUP:  Yes.  There will be full and complete          13:21:21

21   mutual releases between all parties and principals of the

22   parties and their counsel.

23           THE COURT:  Now, when you say "all parties," we've got

24   Mr. Thimmesch hanging out here.

25           MR. KAUP:  I apologize, Your Honor.  "All parties"          13:21:39

1    meaning between Biltmore Associates as the trustee of the

2    Visitalk Creditors' Trust and Snell & Wilmer.

3              THE COURT:  Got it.

4              MR. BIRNBAUM:  We agree with that, Your Honor.

5              The only exception to the release is the $100 payable          13:21:50

6    under the judgment.

7              THE COURT:  Okay.  Anything else?

8              MR. KAUP:  Your Honor -- yes.  In addition,

9    Your Honor, the plaintiff will agree to forego any and all

10   rights of appeal from that judgment.                                    13:22:07

11             This agreement constitutes an unconditional withdrawal

12   of all allegations and claims against Snell & Wilmer and its

13   individual attorneys.

14             And finally, Your Honor, on behalf of Biltmore

15   Associates as the trustee of the creditor's trust, as the              13:22:37

16   plaintiff, we apologize to Snell & Wilmer and their individual

17   attorneys for any difficulties associated with the litigation.

18   The complaint was brought by Biltmore -- by Visitalk and

19   Biltmore Associates in good faith.  However, as the evidence in

20   the trial developed, it has led us to the conclusion that the          13:23:02

21   case should not proceed any further as against defendant Snell

22   & Wilmer.

23             And that, I believe, is it.

24             MR. BIRNBAUM:  We agree, Your Honor, that's the

25   correct statement of the agreement that we've reached.                 13:23:20

|     |     |
|-----|-----|
| 1   | THE COURT:  All right.  Then I approve it. |
| 2   | MR. BIRNBAUM:  Thank you, Your Honor. |
| 3   | THE COURT:  That's a proper settlement of this case. |
| 4   | I underscore "proper."  This is the way it should come out. |
| 5   | Do you understand, Mr. Kaup, and your client, that |
| 6   | this is the settlement, and I will enforce it?  If there would |
| 7   | be any question about it later, I will enforce this settlement. |
| 8   | MR. KAUP:  There is no question in our mind, |
| 9   | Your Honor, and we understand it.  And we agree with each of |
| 10  | those terms. |
| 11  | THE COURT:  Okay.  Who's going to prepare the |
| 12  | judgment? |
| 13  | MR. BIRNBAUM:  We will, Your Honor. |
| 14  | THE COURT:  All right.  Prepare it, serve it, and file |
| 15  | it.  We have a -- what is it called, a mail box for |
| 16  | judgments -- the CM/ECF system has a wicket for you to lodge |
| 17  | proposed orders and judgments in. |
| 18  | MR. BIRNBAUM:  It will be -- |
| 19  | THE COURT:  That's where you need to send it. |
| 20  | MR. BIRNBAUM:  We'll do that, Your Honor.  It will be |
| 21  | in the form of a stipulated judgment, so we'll run it by |
| 22  | Mr. Kaup first.  It will have both attorney s' signatures on it |
| 23  | before we send it to you. |
| 24  | THE COURT:  All right.  Anything else we need to do? |
| 25  | MR. KAUP:  Your Honor, the only issue is the prove up |

13:23:38

13:23:58

13:24:08

13:24:31

13:24:43

1    of damages against Mr. Thimmesch.  And we can do that in a

2    form -- we can submit -- obviously he hasn't been here other

3    than a few minutes at the beginning of the day on the first

4    day.

5         THE COURT:  That's what I thought.                    13:25:00

6         MR. KAUP:  And we can do that, Your Honor.  It doesn't

7    involve them, but we could do that either by bringing our

8    damages expert back or submitting a declaration from her

9    specific as to that issue so you have the evidentiary predicate

10   to do that.                                                13:25:17

11        THE COURT:  Do we know where Mr. Thimmesch is at this

12   point?

13        MR. BIRNBAUM:  We know he's in China next week,

14   because we tried to get him.

15        MR. CLAUS:  He is in Washington, D.C. at the present   13:25:32

16   time, according to what I know.  And then we served him with a

17   subpoena when he was here, in trial, I had a subpoena ready for

18   him.

19        THE COURT:  And he left?

20        MR. CLAUS:  Well, I candidly, Your Honor, I told him    13:25:48

21   that he could leave because we didn't know when we were going

22   to be scheduling for.  And I even had a cover letter prepared

23   that said, call Lori Mandell, Mr. Birnbaum's secretary, and

24   tell us your schedule.  He's been keeping in contact with

25   Miss Mandell and informed her -- we had anticipated calling him 13:26:06

1   next week.  And he said he's going to be in Beijing.

2           MR. BIRNBAUM:  We actually understand, Your Honor,

3   it's sort of interesting, that he's putting together some sort

4   of computer system for outer Mongolia.  And that's where he is

5   the next few weeks.                                    13:26:23

6           THE COURT:  I wish him luck.  That's interesting.

7           MR. KAUP:  Well, we could adjourn to outer Mongolia

8   for the approval.

9           THE COURT:  No, thank you.

10          I think in light of what I've been told, the better   13:26:38

11  way to approach this is in due course, prepare the written

12  prove-up material, serve it on Mr. Thimmesch somehow.  I think

13  we have a mail address for him.  I think you have a mail

14  address for him.

15          MR. KAUP:  Camel in outer Mongolia?                13:26:58

16          THE COURT:  No, I think we got a better one than that.

17          And I'm going to insist that he have an opportunity to

18  respond --

19          MR. KAUP:  Sure.

20          THE COURT:  -- to the affidavit.                   13:27:16

21          Anything else?

22          MR. KAUP:  No, Your Honor.

23          MR. BIRNBAUM:  Your Honor, we'd just like to express

24  our thanks, first to you.  I know it's difficult traveling up

25  and down.  But also to the staff.  Visiting judge's staff   13:27:29

1    sometimes have an unusual burden, and yours has been

2    particularly helpful to us.  We appreciate it.

3          THE COURT:  My secretary is not happy with me that she

4    didn't get to come along on this trip.

5          MR. KAUP:  Thank you, Your Honor.                    13:27:48

6          THE COURT:  Very, very good.

7          Again, I want to tell you that I compliment counsel on

8    their good sense in reaching this resolution.  You've done a

9    good job of wrapping things up.

10         Thank you.                                           13:28:02

11         MR. BIRNBAUM:  Thank you, Your Honor.

12         MR. KAUP:  Thank you.

13         THE COURT:  We'll be in recess.

14         (Proceedings concluded at 1:28 p.m.)

15

16                         -oOo-

17

18

19

20

21

22

23

24

25

1

2

3

4

5                                C E R T I F I C A T E

6

7              I, CANDY L. POTTER, do hereby certify that I am duly

8      appointed and qualified to act as Official Court Reporter for

9      the United States District Court for the District of Arizona.

10             I FURTHER CERTIFY that the foregoing pages constitute

11     a full, true, and accurate transcript of all the proceedings

12     contained herein, had in the above-entitled cause on the date

13     specified therein, and that said transcript was prepared under

14     my direction and control.

15             DATED at Phoenix, Arizona, this 13th day of March,

16     2008.

17

18

19                                    s/Candy L. Potter_____
20                                    Candy L. Potter, RMR, CRR

21

22

23

24

25