FILED _____ LODGED
_____ RECEIVED _____ COPY

MAR 1 1 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CR '08 0 2 05 PHX DGC
08-01584M-001

United States of America,               )
    Plaintiff,                          )
    vs.                                 )   **CONSENT OF DEFENDANT**
Rogelio Martinez-Arceo,                 )
    Defendant.                          )
_____         )

**CONSENT OF DEFENDANT**

    After full consultation with my counsel, I voluntarily consent and agree to go forward with my plea(s) of guilty before a United States Magistrate Judge.

_____
Defendant

_____                    _____
Counsel for Defendant                          Assistant U.S. Attorney

**DATED** 3/11/08

_____
JAY R. IRWIN
United States Magistrate Judge