The Law Offices of Adrián P. Fontes, PLC
908 N. 6th Street
Phoenix, AZ 85004
602-257-9083
602-424-2128 (fax)
Adrian@fonteslaw.com

Attorney for the Defendant

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United State of America,<br>Plaintiff,<br><br>vs.<br><br>JOSE ANGEL SANCHEZ-CASTANEDA<br>Defendant. | No: CR 04-00011-PHX-JAT<br><br>**MOTION TO CONTINUE TRIAL**<br><br>(Third Request) |

 Defendant JOSE ANGEL SANCHEZ-CASTANEDA by and through undersigned counsel, respectfully moves this Honorable Court for an Order extending the deadline for continuing the trial date presently scheduled for April 1, 2008 for a period of forty five (45) days subject to the Court's calendar and for the foregoing reasons.

 Defendant and Counsel, having met again in preparation for the upcoming trial, discovered that there are several items which will require more investigation, and more time to properly prepare for trial. This preparation includes, among other things, the defendant's personal review of information contained on several of the CD's currently in possession of the undersigned.

 Additionally, although not a major factor, a recent conversation with the prosecution included the possibility of a disposition of this case short of trial.

 Undersigned counsel avows that he has contacted the Assistant United States Attorney assigned to this matter, Lynne Ingram regarding his position to this motion and Ms.Ingram does not have any objection the relief being requested herein.

 This Motion is made in good faith and will serve the public's interest in that providing Defendant with effective representation is necessary to insure fairness and protect the Defendant's constitutional

rights. A continuance will insure counsel for both the government and the Defendant the reasonable time necessary for effective preparation. Indeed a continuance outweighs the best interests of the public and the Defendant's speedy trial rights.

It is expected that excludable delay under 18 U.S.C. §3l61 (h)(8)(A); (B)(iv) and (h)(1)(f) may result from this Motion or from an Order based thereon.

THEREFORE, based on the foregoing, Defendant JOSE ANGEL SANCHEZ-CASTANEDA by and through undersigned counsel, respectfully requests that this Honorable Court enter an Order extending for continuing the trial for a period of forty five (45) days from April 1, 2008, subject to the Court's calendar (the undersigned is not available for trial during the week of June 2 – 6).

RESPECIFULLY SUBMITTED this 17th day of March, 2008.

                                           **THE LAW OFFICES OF ADRIAN P. FONTES, PLC**

                                           __/s/ Adrián P. Fontes_____
                                           Adrián P. Fontes
                                           Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on the 17th day of March, 2008, I electronically transmitted this document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

Lynne Ingram
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408

                                       By    /s/ Adrián P. Fontes
                                              Adrián P. Fontes
                                              Attorney for Defendant