DIANE J. HUMETEWA, United States Attorney
RICHARD G. PATRICK, Assistant United States Attorney (#05148)
Two Renaissance Square
40 North Central, Suite 1200
Phoenix, AZ 85004-4408

RONALD J. TENPAS, Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

S. JAY GOVINDAN, Senior Trial Attorney
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Tel: (202) 305-0237
Fax: (202) 305-0275
Email: Jay.Govindan@usdoj.gov

THOMAS K. SNODGRASS, Trial Attorney
Environment & Natural Resources Division
Natural Resources Section
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1368
Fax: (303) 844-1350
Email: thomas.snodgrass@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GRAND CANYON TRUST,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>U.S. BUREAU OF RECLAMATION, and ROBERT W. JOHNSON, Commissioner U.S. Bureau of Reclamation,<br><br>　　　　　Defendants. | Case No. 3:07-cv-8164-DGC<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March, 2008, I filed a true and correct copy of Federal Defendants' Motion to Dismiss, or In the Alternative, Cross-Motion for Summary Judgment; Motion to Stay; Motion to Lodge Administrative Record Through Conventional (Non-ECF) Means; Response to Statement of Facts and Additional Facts; Unopposed Motion to Exceed the Page Limit, with Proposed Memorandum, and Exhibits, and Proposed Orders for such motions; with the Court's CM/ECF system, which will generate a Notice of Filing and Service on the following:

Neil Levine
Grand Canyon Trust
2539 Eliot Street
Denver, CO 80211
Phone: 303-455-0604
Fax: 303-484-8470
nlevine@grandcanyontrust.org

McCrystie Adams
Earthjustice
1400 Glenarm Place, Suite 300
Denver, Co 80202
Phone: 303- 623-9466
Fax: 303-623-8083
madams@earthjustice.org

Respectfully Submitted this 18th day of March, 2008.

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

 s/ S. Jay Govindan
S. JAY GOVINDAN, Senior Trial Attorney
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Tel: (202) 305-0237
Fax: (202) 305-0275
Email: Jay.Govindan@usdoj.gov