| UNITED STATES DISTRICT COURT | CRIMINAL SENTENCING MINUTES |
|---|---|
| DISTRICT OF ARIZONA - Phoenix | |

DATE: 3/17/2008     CASE NUMBER: CR 07-01417-001-PHX-SRB

Hon. SUSAN R. BOLTON, United States District Judge  #: 7026

USA vs. Alberto Cota-Armenta

DEFT: ☒ PRESENT  ☐ NOT PRESENT  ☒ Custody

Deputy Clerk Maureen Williams     Crt Rptr/ECR: Kim R. Moll
A.U.S. Attorney Karen McDonald for Lisa J. Settel    Interpreter Louis Velasco
                                                     Language Spanish
Attorney for Defendant Atmore L. Baggot (Appointed)

☐ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued

## JUDGMENT  [SENTENCE]

☐ Defendant is placed on probation for a period of _____
  on Ct(s) ___  ☐ with supervision  ☐ w/o supervision

☒ Committed to the custody of the Bureau of Prisons to be imprisoned for a period of TIME SERVED on Ct(s) one Count Information

☒ Supervised release term of 1 Year by law on Ct(s) one Count Information

☒ Fine of Waived on Ct(s) 1                                    TOTAL FINE $Waived

☐ Restitution of $0.00 ordered pursuant to 18 U.S.C. 3596

☒ Special Assessment of REMITTED pursuant to 18 U.S.C. 3013 on Ct(s) 1

☐ On Motion of U.S. Atty: Ct(s) N/A

☐ Order bond exonerated    ☐ Bond exonerated upon surrender to USM

☒ Dft advised of right to appeal  ☐ Appeal bond set at $_____

☐ Dft to surrender under Voluntary Surrender Program as directed to the designated institution by the U.S. Marshal.

☐ The Court adopts the Magistrate Judge's Findings and Recommendations filed in this matter and accepts the defendant's plea of guilty.

☒ Other: The Court accepts the plea agreement.

Hearing length: 9 minutes