BRYAN CAVE LLP, #00145700
Jay A. Zweig, #011153
Caroline K. Larsen, #022547
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
jay.zweig@bryancave.com
caroline.larsen@bryancave.com

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| JULIO CESAR CASTILLO,<br><br>    Plaintiff,<br><br>vs.<br><br>ROOFING WHOLESALE COMPANY, INC., an Arizona corporation,<br><br>    Defendant. | Case No. _____<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1331 AND 1441(b)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Roofing Wholesale Company, Inc. hereby removes to this Court the state court action described below.

1.   On February 11, 2008, Plaintiff filed a Complaint in the Superior Court in and for the County of Maricopa. The Complaint is captioned *Julio Cesar Castillo v. Roofing Wholesale Company, Inc., an Arizona corporation*, Case No. CV 2008-003188. The Summons, Complaint and Certificate of Compulsory Arbitration were served upon Defendant Roofing Wholesale on February 27, 2008, as demonstrated by the Affidavit of Service. Copies of the pleadings served on Defendant are attached hereto as Exhibit A.

608711.1\0218823

2. The Summons, Complaint and Certificate of Compulsory Arbitration are the initial pleadings setting forth Plaintiff's claims for relief. Defendant filed and served its Answer and Certificate Regarding Compulsory Arbitration on Plaintiff's counsel March 18, 2008. Copies are attached hereto as Exhibit B. There have been no other forms of process, pleadings and/or orders served in this matter.

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that Plaintiff's claims arise under the laws of the United States. Plaintiff accuses Defendant of wrongful termination and violation of the Family & Medical Leave Act, 29 U.S.C. § 2601 *et seq.* ("FMLA").

4. Defendant has served a copy of this Notice on Plaintiff. A copy of the Notice has also been filed with the state court clerk, as attached hereto as Exhibit C.

5. True and complete copies of all pleadings and other documents previously filed with the state court have been attached hereto, as evidenced and verified by the signature of counsel below.

6. This Notice is signed pursuant to Rule 11, Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a) and Rule 3.7, Rules of Practice of the United States District Court for the District of Arizona.

DATED this 19th day of March, 2008.

BRYAN CAVE LLP

By s/ Caroline K. Larsen
    Jay A. Zweig
    Caroline K. Larsen
    Two North Central Avenue, Suite 2200
    Phoenix, AZ 85004-4406
    Attorneys for Defendant

| | |
|---|---|
| 1 | **ORIGINAL** of the foregoing electronically filed and **COPY** mailed this 19th day of March, 2008, to: |
| 2 | |
| 3 | |
| 4 | Caroline A. Pilch<br>Yen, Pilch, Komadina & Flemming, P.C.<br>6017 N. 15th Street<br>Phoenix, Arizona 85014 |
| 5 | |
| 6 | |
| 7 | |
| 8 | s/ Sheri L. Patrick |