UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**

**CASE INFORMATION**

**Short Case Title**: Aderhold v. Thomas          .
**Court of Appeals No.** (Leave blank if unassigned): _____
**U.S. District Court, Division, & Judge Name**: CHIEF JUDGE JOHN M. ROLL
**Criminal and/or Civil Case No.**: CV-07-00647-TUC-JMR
**Date Complaint/Indictment/Petition Filed**:  12/07/2007 PETITION FOR WRIT
**Date Appealed order/Judgment *entered***:  3/12/2008
**Date NOA *Filed***:          3/18/20085
**Date(s) of Indictment** _____ **Plea Hearing** _____ **Sentencing** _____

**COA Status** (Check one):   __ granted in full (attach order)     __ denied in full (send record)
                              __ granted in part (attach order)     __ pending

**Court Reporter**(s) Name & Phone Number _____

*Magistrate Judge's Order? If so, please attach*

**FEE INFORMATION**
Date Docket Fee Paid:   NO              Date Docket Fee Billed:   N/A
Date FP granted:_____                 Date FP denied: _____
Is FP Pending?  X  yes __ no            Was FP Limited __? Revoked __ ?
US Government Appeal __ yes __ no
Companion Cases?  Please List: _____

*Please attach copy of any order granting, denying, or revoking FP.*

**COUNSEL INFORMATION** (please include email address)
**Appellate Counsel**:              **Appellee Counsel**:
Brian William Aderhold #12765081
Federal Correctional Institution, P.O. Box 9000
Safford, AZ 85548
    Retained    CJA   FPD  **Pro Se**  XXX          *Please attach appointment order*

**DEFENDANT INFORMATION**
Prisoner ID _____          Address:
Custody _____
Bail _____

AMENDED NOTIFICATION INFORMATION
Date Fees Paid: _____            9th Circuit Docket Number _____

Name & Phone Number of Person Completing this Form:   s/Johnnie-Kaye Montgomery
                                                      (520) 205-4212

Dockets.Justia.com