1  Darrell Davis, #013986
   Lisa Mills, #021936
2  **NORLING, KOLSRUD, SIFFERMAN**
   **& DAVIS, P.L.C.**
3  16427 N. Scottsdale Road, Suite 210
   Scottsdale, Arizona 85254
4  Telephone: (480) 505-0015
   Facsimile: (480) 505-0025
5
   Attorney for Defendant ValueOptions, Inc.
6
                        IN THE UNITED STATES DISTRICT COURT
7
                            FOR THE DISTRICT OF ARIZONA
8
9  EFFIE CARLSON,                              Case No. CV07- 01891 PHX FJM

10         Plaintiff,
                                                **DEFENDANT'S RULE 7.1**
11 v.                                           **DISCLOSURE STATEMENT**

12 VO OF ARIZONA, INC., An Arizona
   Corporation.
13
           Defendant.
14
15 **TO THE COURT AND ALL PARTIES OF RECORD**:

16         Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Defendant VO of Arizona,

17 Inc., an Arizona corporation ("VO"), submits this Corporate Disclosure Statement.  VO is

18 a subsidiary of ValueOptions, Inc., which owns all of VO's stock.  VO is not a publicly

19
   traded company and no publicly held corporation owns any VO stock.
20
           RESPECTFULLY SUBMITTED this 20th day of March, 2008.
21
                                              NORLING, KOLSRUD, SIFFERMAN
22                                                 & DAVIS, PLC
23
24
                                              By:      /s/ Lisa Mills
25                                                  Darrell Davis
                                                    Lisa Mills
26                                                  Attorneys for Defendant VO of Arizona,
                                                    Inc.
27
28 ///

**Certificate of Service**

I certify that on the 20th day of March, 2008, I electronically transferred the ORIGINAL of the attached document to the Clerk's office using the CM/ECF Filing System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Law Offices of James Burr Shields
James Burr Shields II
John A. Conley
W. Blake Simms
382 East Palm Lane
Phoenix, Arizona 85004-1531


By: /s/  Lisa Mills