## CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Francine BAUTISTA<br>DOB: 1970; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>08-01525M |

Complaint for violation of Title **21** United States Code § **841(a)(1) and (b)(1)(C)**

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 22, 2008, at or near Highway 86, mile marker 145, in the District of Arizona, **Francine BAUTISTA** did knowingly and intentionally possess with intent to distribute 50 kilograms or more, but less than 100 kilograms of marijuana, that is, approximately 99 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 3 1 2008
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 22, 2008, United States Border Patrol (USBP) Agents were operating a checkpoint on Highway 86 near mile marker 145. **Francine BAUTISTA** drove a vehicle to the checkpoint. A canine alerted to the presence of narcotics. USBP Agents asked for permission to search the vehicle and **BAUTISTA** refused. The agents then flagged down a Tohono O'odham officer and explained the situation to him. The officer asked **BAUTISTA** if she had anything in the trunk. **BAUTISTA** said it contained marijuana. The Tohono O'odham officer asked **BAUTISTA** for the trunk keys. She complied. The trunk was opened and agents discovered approximately 99 kilograms of marijuana.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>JJF/emj<br>AUTHORIZED BY: AUSA _____<br>Sworn to before me and subscribed in my presence. | SIGNATURE OF COMPLAINANT (official title)<br>_J O'Maley_ s/o pcsd<br>OFFICIAL TITLE Officer<br>Tueson Police Department PIMA CO. SHERIFF'S |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>January 31, 2008 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54