## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Prescott Division

**CRIMINAL MINUTES-STATUS HEARING**

<u>3: 07-01232-PCT-JAT</u>         DATE:<u> 3/20/2008</u>
Yr   Case No.   Dft #

HON:<u> JUDGE JAMES A. TEILBORG, United States District Court    </u>  Judge #<u> 7025   </u>

USA v.<u> Benally              Arthur                                    </u>
      Last Name           First Name      Middle Initial

DEFENDANT:___Present <u> X </u> Not Present <u> </u>Released  <u>X </u>Custody ___Writ
Deputy
Clerk:<u>   Teddy Bengtson           </u>  Crt Rptr/ECR:<u> David German        </u>

U.S.Atty:<u> Vincent Q. Kirby by Tom Simon </u> Dft Atty:<u> Jane L. McClellan    </u>
                                              <u> X  </u> FPD___apptd ____ retd
Intrprtr:<u>    N/A               </u>  Language: <u>              </u>
=========================================================================

PROCEEDING:  <u>  X  </u>  STATUS HEARING    <u>        </u>  SEALED

Defendant's presence is waived for this status hearing.

Trial is currently set for April 1, 2008 at 9:00 a.m. (4th trial setting) in Prescott, Arizona.

The Court is advised that this case will likely be resolved by plea agreement; Defense counsel is awaiting receipt of a written plea agreement from the Government.  The Court is advised that if the defendant does not plea, counsel will need additional time to prepare for trial.

Upon defendant's oral motion to continue trial, Government having no objection,

**IT IS ORDERED** granting defendant's oral motion to continue trial.  Accordingly,

**IT IS ORDERED** continuing trial from April 1, 2008 to **<u>Wednesday, April 16, 2008 at 10:00 a.m.</u>** in Prescott, Arizona.  All time is excluded from 4/2/08 through 4/16/08, for a total of 14 days.  Order to follow.

Final Pretrial Conference/possible change of plea hearing is set for <u>Monday, April 7, 2008 at 4:30 p.m.</u>  Order Setting Final Pretrial Conference to follow.

Counsel shall notify the deputy clerk promptly if the matter is to proceed by change of plea. Upon notification, a plea hearing can be set earlier on the Court's calendar as time permits.

                                         Time in Court: 10 minutes