DIANE J. HUMETEWA
United States Attorney
District of Arizona

JAMES R. KNAPP
Special Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Arizona State Bar No. 021166
Telephone (602) 514-7500
james.knapp2@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Wayne Charles Bryan<br>a.k.a. Wayne D. Bryan,<br><br>        Defendant. | CR00-0185-PHX-JAT<br><br>**NOTICE OF<br>SUBSTITUTION OF COUNSEL** |

NOTICE is hereby given, in accordance with Local Rule 83.3(a) of the Rules of Practice for the U.S. District Court for the District of Arizona, that Special Assistant United States Attorney James R. Knapp is substituted in place of Assistant United States Attorney Darcy A. Cerow as attorney for the United States.

Respectfully submitted this 21st day of March, 2008.

                                          DIANE J. HUMETEWA
                                          United States Attorney
                                          District of Arizona


                                         s/ James R. Knapp
                                         JAMES R. KNAPP
                                         Special Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: David S. Eisenberg

       s/ James R. Knapp