Edward G. Hochuli, Bar #004566
Steven D. Leach, Bar #011584
Russell R. Yurk, Bar #019377
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1719
Fax: (602) 200-7812
ehochuli@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Plaintiff National Surety Corp.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| NATIONAL SURETY CORP., a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC SERVICE MUTUAL INSURANCE COMPANY, dba MAGNA CARTA COMPANIES, a foreign corporation; XYZ CORPORATIONS 1-10; JOHN DOES and JANE DOES 1-10,<br><br>Defendants. | NO. CIV-06-284-TUC-JMR<br><br>**AMENDED NOTICE OF DEPOSITION PURSUANT TO FEDERAL RULE 30(b)(6) OF REPRESENTATIVE PUBLIC SERVICE MUTUAL INSURANCE COMPANY dba MAGNA CARTA COMPANIES** |

Plaintiff National Surety Corporation, by and through counsel undersigned, and pursuant to Fed. R. of Civ. P. 30(b)(6), hereby requests that Defendant Public Service Mutual Insurance Company, dba Magna Carta Companies ("PSM") produce for deposition upon oral examination the person or persons at the addresses and time stated below before an officer authorized by law to administer oaths.

/ / /

/ / /

/ / /

1895146.1

*The individual(s) most knowledgeable and who will appear at trial* to testify about the following subjects:

    1. PSM's policies and procedures for keeping excess carriers informed about cases in which PSM provides primary insurance coverage;

    2. Membership on and policies and procedures of PSM's claims committee.;

    3. PSM's training materials and handling guidelines;

    4. PSM's handling of hard copy documents and files and the preservation of hard copy documents and files;

| | |
|---|---|
| **DATE AND TIME OF THE DEPOSITION:** | Friday, April 18, 2008 at 1:00 p.m. |
| **LOCATION OF DEPOSITION:** | Magna Carta Companies<br>11755 Wilshire Boulevard<br>Suite 1850<br>Los Angeles, CA 90017 |

DATED this 24th day of March, 2008.

                              JONES, SKELTON & HOCHULI, P.L.C.

                              By s/Russell R. Yurk
                                  Edward G. Hochuli
                                  Steven D. Leach
                                  Russell R. Yurk
                                  2901 North Central Avenue, Suite 800
                                  Phoenix, Arizona 85012
                                  Attorneys for Plaintiff National Surety Corp.

## *CERTIFICATE OF SERVICE*

I hereby certify that on March 24, 2008, I electronically transmitted the attached document to the Clerk's office using the CM-ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM-ECF registrants:

James D. Campbell jcampbell@macbanlaw.com, fromero@macbanlaw.com
Barry Al MacBan  barry@macbanlaw.com, dpowers@macbanlaw.com
MAC BAN LAW OFFICES
1795 East Skyline Drive, Suite 155
Tucson, Arizona 85718

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of March, 2008, at Phoenix, Arizona.

s/Diane Mari