Christian K.G. Henrichsen (013256)
CKGH LAW, P.C.
16515 South 40th Street, Suite 143
Phoenix, Arizona 85048
Telephone: (480) 219-5284
Facsimile: (480) 219-7753
E-mail: chris@ckghlaw.com
Attorneys for Wal-Mart Stores, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT COURT OF ARIZONA

| | |
|---|---|
| MARY BLACK, an individual,<br><br>　　　Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware Corporation, ABC CORPORATIONS I – V; and XYZ LIMITED LIABILITY COMPANIES I – V,<br>　　　Defendants. | No. CV 07-1321-PHX-DKD<br><br>**NOTICE OF NON-PARTY AT FAULT**<br><br>[Hon. David K. Duncan] |

Defendant Wal-Mart Stores, Inc.., through counsel undersigned, states that a nonparty to this action **may** be solely or comparatively at fault. Pursuant to A.R.S. §12-2506, Wal-Mart Stores, Inc. reserves the right to have the trier of fact apportion fault against this non-party:

Thad Scropos
250 North Meyer Avenue
Tucson, Arizona 85701

This individual purchased, assembled and altered the Product at issue. He also operated the lead bicycle. In that Plaintiff alleges the Product caused her injuries, Mr. Scropos may be solely or comparatively at fault.

To the extent Plaintiff needs further delineation of this disclosure or feel in any way this is deficient, Defendant requests immediate notification so as to avoid any prejudice in the processing of its defense.

DATED this 31st day of March, 2008.

**CKGH Law, P.C.**

By: /s/ Christian K.G. Henrichsen
      Attorney for Wal-Mart Stores, Inc.

I certify that on this 31st day of March, 2008, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

R. David Sobel
Altfeld Battaile & Goodman, P.C.
250 N. Meyer Ave.
Tucson, AZ 85701
Attorneys for Plaintiff

By: /s/ Christian K.G. Henrichsen