Cygnus Systems, Inc. v. Microsoft Corporation, et al                                                                                                           Doc. 299

| AO 435 (Rev. 10/05) Read Instructions on Back: | Administrative Office of the United States Courts TRANSCRIPT ORDER | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|

| 1. NAME Judge Mary H. Murguia | 2. PHONE NUMBER (602) 322-7580 | 3. DATE 3/28/2008 |
|---|---|---|
| 4. FIRM NAME U.S. District Court | | |
| 5. MAILING ADDRESS 401 W. Washington St. | 6. CITY Phoenix | 7. STATE AZ  8. ZIP CODE 85003 |

| 9. CASE NUMBER CV 05-1602-PHX-MHM | 10. JUDGE Judge Murguia | DATES OF PROCEEDINGS |
|---|---|---|
| | | 11. 3/24/2008    12. 3/24/2008 |
| 13. CASE NAME UC Restaurant LLC v. Maricopa County | | LOCATION OF PROCEEDINGS |
| | | 14. Phx.    15. STATE AZ |

**16. ORDER FOR**
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [x] OTHER (Specify) Court

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [x] PRE-TRIAL PROCEEDING | 3/24/2008 |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | PAPER COPY [x] | |
| 14 DAYS | [x] | [ ] | | E-MAIL [ ] | |
| 7 DAYS | [ ] | [ ] | | DISK [ ] | |
| HOURLY | [ ] | [ ] | | PDF FORMAT [ ] | |
| REALTIME | [ ] | [ ] | | ASCII FORMAT [ ] | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE /s/

20. DATE 3/31/08

E-MAIL ADDRESS

NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|
| | DATE | BY | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY