

COUNTERS & KOELBEL, P.C.
7303 W. Boston Street
Chandler, AZ 85226
(480) 705-7550
(480) 705-7503 Fax

Lisa Counters, SBN 016436
Kevin Koelbel, SBN 016599
lcounters@cklawonline.com
kkoelbel@cklawonline.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LEILA LEE JOHNSON, a single woman as trustee of the CLARENCE FRANCIS JOHNSON LEILA LEE JOHNSON REVOCABLE LIVING TRUST,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF MOHAVE, a political subdivision of the State of Arizona, T. & F. ENTERPRISES, INC., an Arizona Corporation, DOES I-X, ABC ENTTITIES I-X,<br><br>Defendants. | No. **CV08-8018-PCT-MHM**<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO COUNTY OF MOHAVE'S MOTION FOR SUMMARY JUDGMENT** |

The Plaintiffs and the County of Mohave stipulate that the Plaintiffs may have a one week extension of time in which to response to the County of Mohave's Motion for Summary Judgment to and including April 14, 2008. Plaintiffs request this additional time because one of their counsel's two paralegals has taken a scheduled vacation April 2 though April 5 and their other paralegal left work early April 2 suffering acute respiratory problems. Her date of return to work is unknown. Because of this unexpected loss of all Plaintiffs' counsel's legal support staff, these parties have agreed to a one-week extension of time. This stipulation is made in good faith and not for purposes of delay.

Dated this 5th day of April 2008.

COUNTERS & KOELBEL, P.C          APPEL LAW OFFICES, P.L.L.C.


By:s/ Kevin Koelbel                         By s/ Marc A. Appel
Kevin Koelbel                                    Marc A. Appel
Attorneys for Plaintiff                       Attorneys for County of Mohave

I hereby certify that on April 4, 2008, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a notice of Electronic Filing to the following CM/ECF registrants:

Marc A. Appel
Appel Law Office, P.L.L.C.
10601 N. Hayden Rd., Suite I-103
Scottsdale, AZ 85260
Attorneys for Defendant

James M. McGee
P.O. Box 460
Cottonwood, AZ 86326
Attorneys for Defendant T & F Enterprises, Inc.


By:   s/ Melissa A. Gutierrez