DIANE J. HUMETEWA
United States Attorney
District of Arizona
WILLIAM M. WELCH II
Chief
Criminal Division, Public Integrity Section
U.S. Department of Justice

GARY M. RESTAINO
Arizona State Bar No. 017450
Assistant U.S. Attorney
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500
Gary.Restaino@usdoj.gov

ANDREW LEVCHUK
Massachusetts Bar Member
Senior Trial Attorney
Criminal Division, Public Integrity Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20530
Telephone (202) 353-3622
Andrew.Levchuk2@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br> v.<br><br>James Sandlin,<br><br>    Defendant. | CR08-212-TUC-DCB-BPV<br><br>**UNITED STATES' RESPONSE TO DEFENDANT SANDLIN'S MOTION FOR DISCOVERY AND INSPECTION OF EVIDENCE** |

  Defendant Sandlin has filed a motion for discovery and inspection of itemized categories of evidence. Subsequent to the filing of defendant's motion, the parties have requested, and the Court ordered, the designation of this case as a complex case pursuant to Local Rule of Criminal Procedure 16.4. Accordingly, resolution of defendant Sandlin's discovery requests may properly be deferred pending the determination of a schedule for motions and other pretrial case management issues.

  Undersigned counsel has spoken with Bert Garcia, counsel for defendant Sandlin, about the government's position, and Mr. Garcia concurs with the government's position.

Respectfully submitted this 9th day of April, 2008.

DIANE J. HUMETEWA
United States Attorney
District of Arizona
WILLIAM M. WELCH II
Chief
Criminal Division, Public Integrity Section
U.S. Department of Justice

s/ Gary Restaino

GARY M. RESTAINO
Assistant U.S. Attorney
ANDREW LEVCHUK
Senior Trial Attorney
Criminal Division, Public Integrity Section
U.S. Department of Justice

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Bert Garcia and John Hunter Smith, counsel for defendant Sandlin.