# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

**NATURE'S FORMULA, LLC**          v.          **LONGEVITY PLUS, LLC,** *et al.*

HONORABLE JOHN W. SEDWICK                    CASE NO. 2:07-cv-00521-JWS

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**          DATE: April 17, 2008

## INITIAL CASE STATUS REPORT / CASE SCHEDULING & PLANNING

Pursuant to Rules 16(b) and 26(f), FED. R. CIV. P., counsel for all parties shall meet within fourteen (14) days from the date this order is filed, and shall execute and file with the court, on or before twenty-one (21) days from the date of this order, a report as to the status and discovery needs of this case. The report shall inform the court as to:

(a) Adequacy of the pleadings; adequacy of service; need to add, delete, or substitute parties.
(b) Need for preliminary motion practice, <u>e.g.</u>, motions regarding jurisdiction, venue, statutes of limitation, or other like motions which will affect the scope of the case.
© The discovery needs of the case.
(d) Whether the parties desire to have a scheduling and planning conference with the court before entry of a scheduling and planning order (absent such a request, the court will enter a scheduling and planning order based upon the report of counsel).
(e) Whether settlement is likely, unlikely, or not subject to present evaluation, and whether the parties desire to pursue an alternative dispute resolution procedure.
(f) Present best estimate of length of trial if the case is not settled. Has a jury been requested? Is there a dispute as to the availability of a jury trial?
(g) Will the parties consent to trial being conducted by a magistrate judge in accordance with the provisions of 28 U.S.C. § 636(c)?

A trial date will be set after discovery has been completed.