# Exhibit B

MAG

# U.S. District Court
# DISTRICT OF ARIZONA (Tucson Division)
# CRIMINAL DOCKET FOR CASE #: 4:04-cr-01712-JMR-HCE-1

Case title: USA v. Gillilland
Magistrate judge case number: 4:04-mj-02144

Date Filed: 08/18/2004

Assigned to: Chief Judge John M
Roll
Referred to: Magistrate Judge
Hector C Estrada

**Defendant (1)**

| | | |
|---|---|---|
| **Jay Bernard Gillilland** | represented by | **Charles Norman Kendall**<br>Kendall Law Firm PC<br>1305 N Grand Ave<br>Ste 405<br>Nogales, AZ 85621<br>520-287-6340<br>Fax: 520-287-9347<br>Email: littlegto64@hotmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |
| | | **Jason Mark Hannan**<br>Federal Public Defenders Office<br>407 W Congress St<br>Ste 501<br>Tucson, AZ 85701-1310<br>520-879-7500<br>Fax: 520-879-7601<br>Email: jason_hannan@fd.org<br>*TERMINATED: 12/09/2005*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or* |

                *Community Defender*
                *Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 21:841(a)(1) and 841(b)(1)(B)(ii)(II),21:846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE<br>(1) | |
| 21:841(a)(1) and 841(b)(1)(B)(ii)(II) POSSESSION WITH INTENT TO DISTRIBUTE COCAINE<br>(2) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

| | | |
| --- | --- | --- |
| **United States of America** | represented by | **Eric J Markovich**<br>US Attorney's Office<br>405 W Congress St<br>Ste 4800<br>Tucson, AZ 85701-4050<br>520-620-7300<br>Email: eric.markovich@usdoj.gov |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/20/2004 | | DEFENDANT Jay Bernard Gillilland arrested. Jay Bernard Gillilland (1) count(s) cmp [ 4:04-m -2144 ] (CAB) (Entered: 07/28/2004) |
| 07/21/2004 | 4 | ORDER by Mag Judge James C. Carruth Appointing Counsel and Requiring Payment By Dft; Pursuant to 18 U.S.C 3006A the Court appoints counsel for dft. Counsel shall maintain time records in this case and at its conclusion file with this Court an accounting of services. Said accounting shall assess in-court and out-of-court services at $90 per hour and shall also include any and all expenses incurred as to dft Mai Ann Gilliland. re: [4-1] [ 4:04-m -2145 ] (REC) Modified on 07/23/2004 (Entered: 07/23/2004) |
| 07/21/2004 | 1 | COMPLAINT filed as to Jay Bernard Gillilland [ 4:04-m -2144 ] (CAB) (Entered: 07/28/2004) |
| 07/21/2004 | 2 | ( FILED: 07/21/04) MINUTES: before Mag Judge James C. Carruth . Ct Rptr: Courtsmart . first appearance of Jay Bernard Gillilland ; informed of rights, charges, etc.; Government's motion for detention and continuance of detention hearing is granted; defendant shall be temporarily detained by USM; detention and preliminary hearing set for 07/23/04 at 9:15 a.m. before Magistrate Judge Fiora. [cc: USA,CNSL,PSA [2-2] [ 4:04-m -2144 ] (CAB) (Entered: 07/28/2004) |
| 07/21/2004 | 3 | CJA Form 23 financial affidavit by Jay Bernard Gillilland [ 4:04-m -2144 ] (CAB) (Entered: 07/28/2004) |
| 07/21/2004 | 4 | ORDER appointing counsel and requiring payment by defendant by Mag Judge James C. Carruth re: [4-1] [ 4:04-m -2144 ] (CAB) (Entered: 07/28/2004) |
| 07/23/2004 | 5 | ( FILED: 07/28/04) MINUTES: before Mag Judge Nancy F. Fiora . Ct Rptr: Courtsmart . dft Jay Bernard Gillilland appears with counsel Jason Mark Hannan; detention and preliminary hearing continued and set for 07/28/04 at 9:15 a.m. before Magistrate Judge Velasco. [cc: USA,CNSL,PSA [5-2] [ 4:04-m -2144 ] (CAB) (Entered: 07/28/2004) |
| 07/28/2004 | 6 | ( FILED: 07/28/04) MINUTES: before Magistrate Judge Bernardo P. Velasco . Ct Rptr: Courtsmart . CASH or CORPORATE |

| | | |
|---|---|---|
| | | SURETY bond set for Jay Bernard Gillilland in the amount of $ 20,000; detention hearing held; Government's request for detention denied; preliminary hearing waived; defendant held to answer before District Court, Case referred to Mag Judge James C. Carruth, all filings in this case should reflect the following case number: 04-02144M (JCC); Government requests stay of court's order regarding defendant's release until 5:00 p.m. today to allow time to file an appeal. so ordered. [cc: USA,CNSL,PSA [6-3] [ 4:04-m -2144 ] (CAB) (Entered: 07/28/2004) |
| 07/28/2004 | 7 | MOTION Notice of Appeal from Order Granting Pretrial Release [7-1], Motion to Set Hearing [7-2], Motion for Stay Pending Appeal [7-3] by USA as to Jay Bernard Gillilland [ 4:04-m -2144 ] (REC) (Entered: 07/29/2004) |
| 07/28/2004 | 12 | ORDER by Mag Judge James C. Carruth appointing counsel Jason Hannan for Jay Bernard Gillilland [ 4:04-m -2144 ] (REC) (Entered: 08/11/2004) |
| 08/02/2004 | 8 | TRANSCRIPT of Detention/Preliminary Hearing by Court Reporter: Mary A. Riley as to Jay Bernard Gillilland for the following date(s): 7/28/04 [ 4:04-m -2144 ] (REC) (Entered: 08/04/2004) |
| 08/02/2004 | 9 | ORDER by Judge John M. Roll re motion Notice of Appeal from Order Granting Pretrial Release [7-1] ; hearing set for 9:15 8/5/04 for Jay Bernard Gillilland before Judge John M. Roll ordered that the Magistrate Judges order setting conditions of release be stayed pending the court's decision of the appeal. [ 4:04-m -2144 ] (ABU) (Entered: 08/05/2004) |
| 08/05/2004 | 10 | ORDER of detention pending trial by Judge John M. Roll as to Jay Bernard Gillilland re: detention [10-1] [ 4:04-m -2144 ] (REC) (Entered: 08/11/2004) |
| 08/05/2004 | 11 | ( FILED: 8/11/04) MINUTES: Motion Hearing before Judge John M. Roll . Ct Rptr: Aaron LaDuke . re motion Notice of Appeal from Order Granting Pretrial Release [7-1], re motion Motion to Set Hearing [7-2], re motion Motion for Stay Pending Appeal [7-3]; It Is Ordered that the order of release is REVOKED and the dft shall be DETAINED as a flight risk and a danger. These findings are made pursuant to newly discovered evidence presented to the Court this date and for reasons as stated on the record as to dft Jay Gillilland. [cc: all cnsl] [11-1] [ 4:04-m -2144 ] (REC) (Entered: 08/11/2004) |

| 08/09/2004 | 9 | ORDER by Mag Judge Nancy F. Fiora granting dft Mai Ann Gilliland motion to modify conditions of release regarding permission to move to another address[8-1] dft is granted permission from this court to move in with her friend Wanda Holberg at 426 Naugle Ave., Apt. #3, Patagoniz, Arizona 85624; telephone number 520-394-0257 [ 4:04-m -2145 ] (KDT) (Entered: 08/10/2004) |
|---|---|---|
| 08/18/2004 | 13 | INDICTMENT by USA attorney Eric J Markovich. Counts filed against Jay Bernard Gillilland (1) count(s) 1, 2, Mai Ann Gillilland (7) count(s) 1, 2 ; Arraignment set for 11:00 8/26/04 for Jay Bernard Gillilland, for Mai Ann Gillilland before Mag Judge Nancy F. Fiora (CAB) (Entered: 08/19/2004) |
| 08/18/2004 | | ORDER by Judge John M. Roll : Case referred to Mag Judge James C. Carruth (cc: all counsel) (CAB) (Entered: 08/19/2004) |
| 08/20/2004 | 14 | Transcript Designation and Ordering Form by Jay Bernard Gillilland (REC) (Entered: 08/24/2004) |
| 08/23/2004 | 15 | NOTICE of Interlocutory Appeal by Jay Bernard Gillilland from District Court: re Order of Detention (JKM) (Entered: 08/25/2004) |
| 08/23/2004 | 17 | Transcript of Appeal From Magistrate Pretrial Release Order by Court Reporter: Aaron H. LaDuke held on date(s): 8/5/04 as to Jay Bernard Gillilland. (REC) (Entered: 08/26/2004) |
| 08/25/2004 | | Docket Fee Notification form sent to 9th Circuit re: Jay Gillilland [15-1] (JKM) (Entered: 08/25/2004) |
| 08/25/2004 | 16 | ORDER for 9th Circuit Time Schedule as to Jay Bernard Gillilland re: Notice Of Appeal [15-1] (JKM) (Entered: 08/25/2004) |
| 08/25/2004 | | APPEAL PACKET forwarded to all parties and 9th Circuit re: Jay Gillilland [15-1] (JKM) (Entered: 08/25/2004) |
| 08/26/2004 | 18 | ( FILED: 08/31/04) MINUTES: before Mag Judge Nancy F. Fiora . Ct Rptr: Courtsmart . dft Jay Bernard Gillilland, Mai Ann Gillilland arraigned; not guilty to Cts. 1-2 plea entered; Attorney present; , ; pretrial motions due 9/15/04, plea deadline set for 10/08/04 by 3:00 p.m.; trial set for 9:30 10/19/04 for Jay Bernard Gillilland, for Mai Ann Gillilland , before Judge John M. Roll [cc: JMR(JCC), USA, CNSL, PSA, PO [18-4] (CAB) (Entered: 08/31/2004) |
| 09/16/2004 | 20 | ORDER by Mag Judge James C. Carruth granting motion to |

| | | appoint counsel as attorney of record [19-1] ; appointing John Rudy Hale for Mai Ann Gilliland (CAB) Modified on 09/21/2004 (Entered: 09/21/2004) |
|---|---|---|
| 09/20/2004 | 21 | ORDER appointing counsel and requiring payment by defendant Mai Ann Gilliland by Mag Judge James C. Carruth re: [21-1] (CAB) (Entered: 09/21/2004) |
| 09/30/2004 | 22 | MOTION to continue trial date for 90 days (first request) [22-1] by USA as to Jay Bernard Gillilland, Mai Ann Gillilland (CAB) (Entered: 10/01/2004) |
| 10/01/2004 | 24 | Memorandum re Mandate of Appeal re; Affirming the district court's detention orders [15-1] as to dft Jay Bernard Gillilland (JKM) (Entered: 10/15/2004) |
| 10/04/2004 | 23 | ORDER by Judge John M. Roll granting motion to continue trial date for 90 days (first request) [22-1] ; trial re set for 9:30 1/18/05 for Jay Bernard Gillilland, for Mai Ann Gillilland , before Judge John M. Roll , excludable delay XT started 10/20/04 ends 1/18/05; plea deadline reset for 12/30/04 by 3:00 PM (KDT) (Entered: 10/05/2004) |
| 10/25/2004 | 26 | CERTIFIED COPY of 9CCA Mandate re affirming the decision of the District Court as to Jay Bernard Gillilland (cc: all counsel) (ABU) (Entered: 11/05/2004) |
| 11/09/2004 | 27 | ORDER by Mag Judge James C. Carruth granting motion to modify conditions of release and allow defendant to move to a different address as to Mai Ann Gilliland [25-1]; Defendant is granted permission from this court to move to 534 Paseo Petirojo #2, Rio Rico, AZ 85648. (CAB) (Entered: 11/10/2004) |
| 12/16/2004 | 33 | Second Request Unopposed MOTION to continue trial date for 60 days [33-1] by USA as to Jay Bernard Gillilland, Mai Ann Gillilland (LMF) (Entered: 12/17/2004) |
| 12/17/2004 | 34 | ORDER by Judge John M. Roll granting motion to continue trial date for 60 days [33-1] plea deadline set for 03/04/05 by 3:00 p.m.; trial set for 9:30 3/22/05 for Jay Bernard Gillilland, for Mai Ann Gillilland , before Judge John M. Roll , excludable delay XT started on 01/19/05 and terminating on 03/22/05 (CAB) (Entered: 12/20/2004) |
| 12/20/2004 | 35 | NOTICE of anticipated pretrial motions by dft Jay Bernard Gillilland . (CAB) (Entered: 12/21/2004) |
| | | |

| 12/23/2004 | 37 | ORDER by Mag Judge James C. Carruth; It is ordered granting motion to modify conditions of release to move to another address at 2901 N Grand Ave #124 Nogales AZ 85621[32-1] (LMF) (Entered: 12/27/2004) |
|---|---|---|
| 01/07/2005 | 39 | ORDER that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts defendant Mai Ann Gilliland's plea of guilty by Judge John M. Roll re: [31-1] (CAB) (Entered: 01/11/2005) |
| 02/10/2005 | 41 | Upon request of the US Probation Officer, IT IS ORDERED by Judge John M. Roll sentencing CONTINUED for 10:15 4/1/05 for Mai Ann Gillilland , before Judge John M. Roll (CAB) (Entered: 02/14/2005) |
| 03/08/2005 | 42 | MOTION to continue plea deadline and trail date, currently set on 3/22/05, for 90 days [42-1] by Jay Bernard Gillilland (CAB) (Entered: 03/10/2005) |
| 03/08/2005 | 43 | ORDER by Judge John M. Roll granting motion to continue plea deadline and trail date, currently set on 3/22/05, for 90 days as to Jay Bernard Gillilland only [42-1] plea deadline set for 6/10/05 by 3:00 p.m.; trial reset for 9:30 6/28/05 for Jay Bernard Gillilland only , before Judge John M. Roll , excludable delay XT started on 3/23/05 and terminating on 6/28/05 (CAB) (Entered: 03/10/2005) |
| 03/09/2005 | 44 | ORDER by Judge John M. Roll sentencing reset for 10:15 7/11/05 for Mai Ann Gillilland , before Judge John M. Roll (ABU) (Entered: 03/11/2005) |
| 04/18/2005 | 46 | ORDER by Magistrate Judge Charles R. Pyle granting motion to modify conditions of release to allow defendant to move to a different address because she has obtained employment in Sierra Vista and will need to move in the near future as to Mai Ann Gilliland[45-1] (CAB) (Entered: 04/19/2005) |
| 05/18/2005 | 49 | ORDER by Judge John M. Roll granting motion to modify conditions of release to allow defendant to travel to Hawaii for vacation from 6/3/05 through 6/10/05 as to Mai Ann Gilliland [7-1] (CAB) (Entered: 05/24/2005) |
| 05/19/2005 | 48 | MINUTE ORDER Due to the retirement of Magistrate Judge James C. Carruth the following case has been randomly referred by the Clerks Office to the Honorable Magistrate Judge Hector Estrada for all further proceedings. All future filings in this action should reflect the following case number 04-CR-1712-TUC-JMR |

| | | |
|---|---|---|
| | | (HCE) Estrada [48-2] (REC) (Entered: 05/19/2005) |
| 06/06/2005 | 50 | MOTION to continue trial, currently set on 6/28/05, for 90 days [50-1] by USA as to Jay Bernard Gillilland (CAB) (Entered: 06/06/2005) |
| 06/06/2005 | 51 | ORDER by Judge John M. Roll; Upon request of the US Probation Officer and good cause appearing it is hereby ordered sentencing set for 8:45 10/11/05 for Mai Ann Gillilland, before Judge John M. Roll (LMF) (Entered: 06/07/2005) |
| 06/06/2005 | 52 | MOTION to continue trial for 90 days as to Jay Gilliland [52-1] by USA as to Jay Bernard Gillilland (JKM) (Entered: 06/07/2005) |
| 06/07/2005 | 53 | ORDER by Judge John M. Roll granting motion to continue trial, currently set on 6/28/05, for 90 days as to Jay Gilliland [50-1], granting motion to continue trial for 90 days as to Jay Gilliland [52-1] plea deadline set for 9/9/05 by 3:00 p.m.; trial set for 9:30 9/27/05 for Jay Bernard Gillilland, before Judge John M. Roll, excludable delay XT started on 6/29/05 and terminating on 9/27/05 (CAB) (Entered: 06/10/2005) |
| 07/12/2005 | 54 | IT IS ORDERED the sentencing for defendant Mai Ann Gillilland, presently set for October 11, 2005 at 8:45 a.m. is RESET to 10:00 a.m. the same date (THIS IS A TIME CHANGE ONLY!) in Courtroom 5D, 405 West Congress Street, Tucson, AZ 85701 before Judge John M. Roll.. Signed by Judge John M. Roll on 07/12/05. (JMR, )(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Entered: 07/12/2005) |
| 09/09/2005 | 60 | Fifth MOTION to Continue *Plea Deadline and Trial Date* by Jay Bernard Gillilland. (Hannan, Jason) (Entered: 09/09/2005) |
| 09/13/2005 | 61 | ORDER granting 60 Motion to Continue as to Jay Bernard Gillilland (1); trial date 1/10/06 at 9:30. Signed by Judge John M Roll on 09/13/05. (LMF, ) (Entered: 09/13/2005) |
| 12/07/2005 | 63 | MOTION to Withdraw as Attorney *Motion to Stipulate and Substitute Counsel* by Jason M. Hannan. by Jay Bernard Gillilland. (Hannan, Jason) (Entered: 12/07/2005) |
| 12/09/2005 | 64 | ORDER granting 63 Motion to Withdraw as Attorney. Jason Mark Hannan withdrawn from case. as to Jay Bernard Gillilland (1) Charles Kendall, be substituted in the place of Jason M. Hannan.. Signed by Judge Hector C Estrada on 12/8/05. (KDT, ) (Entered: 12/09/2005) |

| 12/29/2005 | 65 | Sixth MOTION to Continue *Plea Deadline and Trial Date* by Jay Bernard Gillilland. (Kendall, Charles) (Entered: 12/29/2005) |
| --- | --- | --- |
| 01/04/2006 | 66 | It Is ORDERED granting 65 Motion to Continue Change Of Plea Hearing No Later than 3/24/06; trial date 4/11/06 at 9:30am as to Jay Bernard Gillilland (1)Signed by Judge John M Roll on 1/4/06. (REC, ) (Entered: 01/04/2006) |
| 01/09/2006 | 67 | It Is Hereby ORDERED that Charles Kendall be substituted as CJA appointed counsel in the place and stead of Jason M. Hannan as counsel in the above entitled and numbered matter as to Jay Bernard Gillilland Signed by Judge Hector C Estrada on 1/6/06. (REC, ) (Entered: 01/09/2006) |
| 03/06/2006 | 68 | First MOTION for Settlement Conference *Report and/or Pre-Plea Presentence Report* by United States of America as to Jay Bernard Gillilland. (Markovich, Eric) (Entered: 03/06/2006) |
| 03/09/2006 | 69 | It Is ORDERED granting 68 Motion for Settlement Conference as to Jay Bernard Gillilland (1). IT IS HEREBY ORDERED that the Motion is GRANTED and this Courtdirects the Untied States Probation Office for the District of Arizona to prepare a SettlementConference Report and/or Pre-Plea Presentence Report, no later than 30 days from this Order(April 8, 2006), aiding the parties in negotiating a plea agreement that encompasses bothcases.The granting of this Motion does not stay the presently set Plea Deadline ofMarch 24, 2006 by 3:00 p.m. or the Trial date of April 11, 2006 at 9:30 a.m. beforeHonorable Judge John M. Roll.Signed by Judge Hector C Estrada on 3/9/2006. (REC, ) (Entered: 03/09/2006) |
| 04/03/2006 | 70 | Seventh MOTION to Continue Trial *and Plea Deadline (2nd Motion by Undersigned Counsel)* by Jay Bernard Gillilland. (Kendall, Charles) (Entered: 04/03/2006) |
| 04/04/2006 | 71 | ORDER granting 70 Motion to Continue Trial as to Jay Bernard Gillilland (1); reset for 7/18/06 9:30 bfr Judge Roll. Signed by Judge John M Roll on 4/4/06. (KMF, ) (Entered: 04/04/2006) |
| 07/10/2006 | 77 | Eighth MOTION to Continue Trial *and Plea Deadline (3rd as to Undersigned Counsel)* by Jay Bernard Gillilland. (Kendall, Charles) (Entered: 07/10/2006) |
| 07/12/2006 | 78 | ORDER granting 77 Motion to Continue Trial as to Jay Bernard Gillilland (1); reset for 9/19/06 9:30 bfr Judge Roll; plea ddl 9/1/06; mtn to continue ddl 9/11/06. Signed by Judge John M Roll |

| | | |
|---|---|---|
| | | on 7/11/06. (KMF, ) (Entered: 07/12/2006) |
| 09/11/2006 | 86 | Ninth MOTION to Continue Trial *and Plea Deadline (4th Motion from Undersigned Counsel)* by Jay Bernard Gillilland. (Kendall, Charles) (Entered: 09/11/2006) |
| 09/12/2006 | 87 | ORDER granting 86 Motion to Continue Trial as to Jay Bernard Gillilland (1) This matter is RESET for trial on November 14, 2006 at 9:30 a.m. Counsel areto be present at 9:00 a.m. The date by which the referred magistrate judge hears the change of plea must beno later than 3:00 p.m. on October 27, 2006. Any motion or stipulation to continue the scheduled trial date and change of pleahearing deadline shall be filed with the Clerk of Court no later than 5:00 p.m., Monday,November 6, 2006. Signed by Judge John M Roll on 9/12/2006. (TAD, ) (Entered: 09/12/2006) |
| 11/06/2006 | 88 | Tenth MOTION to Continue Trial *and Plea Deadline* by Jay Bernard Gillilland. (Kendall, Charles) (Entered: 11/06/2006) |
| 11/08/2006 | 90 | ORDER granting 88 Motion to Continue Trial as to Jay Bernard Gillilland (1) This matter is RESET for trial on January 23, 2007 at 9:30 a.m. Counsel are to be present at 9:00 a.m. The date by which the referred magistrate judge hears the change of plea must beno later than 3:00 p.m. on December 29, 2006. Any motion or stipulation to continue the scheduled trial date and change of plea hearing deadline shall be filed with the Clerk of Court no later than 5:00 p.m., Friday,January 12, 2007. Signed by Judge John M Roll on 11/8/2006. (TAD, ) Modified on 11/9/2006 TO CORRECT SPACING IN TEXT (LMF, ). (Entered: 11/08/2006) |
| 01/10/2007 | 91 | MOTION to Continue Trial *and Plea Deadline (Eleventh)* by Jay Bernard Gillilland. (Kendall, Charles) (Entered: 01/10/2007) |
| 01/16/2007 | 92 | ORDER granting 91 Motion to Continue Trial as to Jay Bernard Gillilland (1)Trial reset for 3/27/2007 at 9:30am, Counsel to be present at 9:00am. Change of Plea deadline 3/9/2007. Motions to Continue due 3/19/2007. Signed by Judge John M Roll on 1/16/2007.(TAD, ) (Entered: 01/16/2007) |
| 02/01/2007 | 93 | IT IS ORDERED vacating the Change of Plea hearing, as to Jay Bernard Gillilland, regarding case numbers CR 04-1712-TUC-JMR(HCE) and CR 04-1747-TUC-JMR(HCE), presently set for Friday, February 2, 2007 at 10:30 a.m. before Judge Magistrate Hector C. Estrada.Signed by Judge Hector C Estrada on 02-01-07. (HCE, )(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 02/01/2007) |

| | | |
|---|---|---|
| 03/19/2007 | 95 | MOTION to Continue Trial *(Twelfth, Seventh Motion from Undersigned Counsel)* by Jay Bernard Gillilland. (Kendall, Charles) (Entered: 03/19/2007) |
| 03/20/2007 | 96 | ORDER as to Jay Bernard Gillilland. It is ordered the handwritten letter from the defendant dated 2/12/07 be filed in the court file. The Clerk is directed to send copies to counsel of record and the Probation Officer. Motions to Continue the trial date of 3/27/07, have been filed. Status Conference set for 3/21/2007 at 10:05 AM before Chief Judge John M Roll. Signed by Judge John M Roll on 3/19/2007.(TAD, ) (Entered: 03/20/2007) |
| 03/20/2007 | 97 | Handwritten letter dated 2/12/2007 by Jay Bernard Gillilland (TAD, ) (Entered: 03/20/2007) |
| 03/22/2007 | 98 | Minute Entry for proceedings held before Judge John M Roll : granting 95 Motion to Continue Trial as to Jay Bernard Gillilland (1); Letter 97 from the defendant requesting new attorney is DENIED AS MOOT. Status Conference held on 3/22/2007; Excludable started. Jury Trial set for 5/15/2007 09:30 AM before Chief Judge John M Roll. Plea Deadline 4/27/07 by 3:00pm. Any motion or stipulation to continue due no later than 5:00pm on the Monday of the week prior to the scheduled trial date(Court Reporter Aaron LaDuke). (TAD, ) (Entered: 03/23/2007) |
| 05/03/2007 | 101 | MOTION to Continue Trial *and Plea Deadline (Thirteenth, Eight by Undersigned Counsel)* by Jay Bernard Gillilland. (Kendall, Charles) (Entered: 05/03/2007) |
| 05/07/2007 | 102 | Minute OrderSet/Reset Hearings: IT IS ORDERED as to Jay Bernard Gillilland that a Status Conference is set for 5/9/2007 at 8:45 AM before Chief Judge John M Roll. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (GMM, ) (Entered: 05/07/2007) |
| 05/09/2007 | 104 | Minute Entry for proceedings held before Judge John M Roll : Status Conference as to Jay Bernard Gillilland held on 5/9/2007, Excludable started as to Jay Bernard Gillilland. It is Ordered granting 101 Motion to cont trial. Jury Trial reset for 6/26/2007 at 09:30 AM before Chief Judge John M Roll. Plea Deadline is set for 6/8/2007 by 3:00 p.m.(Court Reporter COURTSMART). (TAD, ) (Entered: 05/15/2007) |
| 05/14/2007 | 103 | MOTION to Extend Time *to File Waiver of Time* by Jay Bernard Gillilland. (Kendall, Charles) (Entered: 05/14/2007) |

| 05/15/2007 | 105 | IT IS ORDERED that defendant Jay Bernard Gillilland's motion to extend time for filing waiver of time is GRANTED and the waiver shall be filed on or before Monday, May 21, 2007, by 5:00 p.m.Signed by Judge John M Roll on 5/15/07.(JMR,kh )(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 05/15/2007) |
| --- | --- | --- |
| 05/21/2007 | 106 | WAIVER of Speedy Trial by Jay Bernard Gillilland (Kendall, Charles) (Entered: 05/21/2007) |
| 05/21/2007 | 107 | NOTICE OF CHANGE OF PLEA HEARING set for 5/24/07 at 10:30 a.m. by Jay Bernard Gillilland (Kendall, Charles) (Entered: 05/21/2007) |
| 05/24/2007 | 108 | Minute Entry for proceedings held before Judge Hector C Estrada : Change of Plea Hearing as to Jay Bernard Gillilland held on 5/24/2007, Jay Bernard Gillilland enters plea of guilty to count one of the indictment. Sentencing set for 8/30/2007 8:45 AM before Chief Judge John M Roll.(Court Reporter COURTSMART). (SJV, ) (Entered: 05/24/2007) |
| 05/24/2007 | 109 | CONSENT OF DEFENDANT Jay Bernard Gillilland AND ORDER OF REFERRAL to Magistrate Judge Estrada for entry of Guilty Plea. Signed by Judge John M Roll on 5/24/2007.(TAD, ) (Entered: 05/25/2007) |
| 05/24/2007 | 110 | MAGISTRATE JUDGE'S FINDINGS & RECOMMENDATIONS UPON GUILTY PLEA as to Jay Bernard Gillilland. Signed by Judge Hector C Estrada on 5/24/2007.(TAD, ) (Entered: 05/25/2007) |
| 05/25/2007 | 111 | PLEA AGREEMENT as to Jay Bernard Gillilland (TAD, ) (Entered: 05/25/2007) |
| 06/08/2007 | 112 | The District Court has reviewed the Findings and Recommendations of the Magistrate Judge, and no objections have been filed. Therefore, IT IS ORDERED that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts defendant's plea of guilty as to Jay Bernard Gillilland.Signed by Judge John M Roll on 6/8/2007.(GMM, ) (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 06/08/2007) |
| 08/27/2007 | 116 | ORDER as to Jay Bernard Gillilland, Per request from probation, the Sentencing is reset for 11/7/2007 at 08:45 AM before Chief Judge John M Roll.. Signed by Judge John M Roll on 8/27/2007. |

| | | (TAD, ) (Entered: 08/27/2007) |
|---|---|---|
| 10/31/2007 | 119 | First MOTION to Continue Sentencing by Jay Bernard Gillilland. (Kendall, Charles) (Entered: 10/31/2007) |
| 11/01/2007 | 120 | Minute Order 119 MOTION to Continue Sentencing filed by Jay Bernard Gillilland is GRANTED. Sentencing previously set for November 7, 2007 is reset to January 18, 2008 at 10:20 AM before Chief Judge John M Roll. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MES, ) (Entered: 11/01/2007) |
| 01/11/2008 | 127 | Second MOTION to Continue Sentencing by Jay Bernard Gillilland. (Kendall, Charles) (Entered: 01/11/2008) |
| 01/11/2008 | 128 | Minute Order 127 MOTION to Continue Sentencing filed by Jay Bernard Gillilland is GRANTED. Sentencing previously set for January 18, 2008 is reset to April 7, 2008 at 10:40 AM before Chief Judge John M. Roll. (Sentencing in 4:04-CR-1747-JMR-HCE)This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SFuller) (Entered: 01/11/2008) |
| 04/02/2008 | 132 | Third MOTION to Continue Sentencing by Jay Bernard Gillilland. (Kendall, Charles) (Entered: 04/02/2008) |
| 04/02/2008 | 133 | MOTION to Withdraw Plea of Guilty by Jay Bernard Gillilland. (Kendall, Charles) (Entered: 04/02/2008) |
| 04/03/2008 | 134 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Jay Bernard Gillilland (Kendall, Charles) (Entered: 04/03/2008) |
| 04/07/2008 | 135 | Minute Entry for proceedings held on 4/7/2008 as to Jay Bernard Gillilland, before Chief Judge John M Roll: granting 132 Motion to Continue Sentencing as to Jay Bernard Gillilland (1); Motion Hearing re 133 MOTION to Withdraw Plea of Guilty filed by Jay Bernard Gillilland to be set by the Court after the government files a response to said motion. Mai Ann Gillilland's sentencing set for April 11, 2008 is VACATED. The Court will re-set the matters for sentencing if the Court denies defendant Jay Bernard Gillillands Motion to Withdraw of Plea of Guilty with co-defendant Mai Ann Gillillands sentencing to be set shortly after Jay Bernard Gillillands.(Court Reporter Aaron LaDuke). (KDD, ) (Entered: 04/07/2008) |
| 04/10/2008 | 136 | MOTION to Extend Time *to Respond to Defendant's Motion to Withdraw from Plea Agreement* by United States of America as to |

| | | Jay Bernard Gillilland. (Markovich, Eric) (Entered: 04/10/2008) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 04/15/2008 13:41:11 ||||
| PACER Login: | ux0824 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:04-cr-01712-JMR-HCE |
| Billable Pages: | 7 | Cost: | 0.56 |