DIANE J. HUMETEWA
United States Attorney
District of Arizona

TRACEY BARDORF
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona  85004-4408
Arizona State Bar No. 020623
Telephone (602) 514-7500
Tracey.Bardorf@usdoj.gov

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 07-1132-PCT-DGC |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| v. | |
| Albert Truax, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Assistant U.S. Attorney Tracey Bardorf is hereby substituted as counsel for plaintiff, replacing Assistant U. S. Attorney Vincent Q. Kirby.

Respectfully submitted this 28th day of April, 2008.

DIANE J. HUMETEWA
United States Attorney
District of Arizona

S/ Tracey Bardorf

TRACEY BARDORF
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Craig Orent.

S/Tracey Bardorf

TRACEY BARDORF
Assistant U.S. Attorney