Cygnus Systems, Inc. v. Microsoft Corporation, et al — Doc. 357

| UNITED STATES DISTRICT COURT | MAGISTRATE JUDGE'S MINUTES |
|---|---|
| **DISTRICT OF ARIZONA - Flagstaff** | |

DATE: 2/27/2009   CASE NUMBER: 09-04049M-002-PCT-MEA

USA vs. Derrick Semallie

U.S. MAGISTRATE JUDGE: MARK E. ASPEY  #: 70BP

A.U.S. Attorney Camille Bibles        INTERPRETER
                                      LANGUAGE
Attorney for Defendant Mikkel Jordahl (CJA-for Flagstaff proceedings only)
MATERIAL WITNESS(es):
MATERIAL WITNESS(es) state true name(s) to be:
Attorney for Material Witness

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA: 2/27/09        ☒ Initial Appearance           ☒ Appointment of counsel hearing held
☒ Financial Afdvt taken   ☐ No Financial Afdvt taken   ☐ Financial Afdvt sealed
☐ Rule 5 (c)(3)     ☒ Defendant states true name to be Derrick Tyrone Semallie. Further proceedings ORDERED in Defendant's true name.

**DETENTION HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
Set for: 3/3/09 AT 10:00 AM
Before: MAGISTRATE JUDGE ASPEY
☒ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released
☐ Defendant continued detained pending trial
  ☐ Flight risk  ☐ Danger

**REMOVAL HEARING/ID:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
☐ Waived
Set for:
Before:
☐ Warrant of removal issued.
☐ Defendant ordered released

**PRELIMINARY HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
☐ Waived
Set for: 3/3/09 AT 10:00 AM
Before: MAGISTRATE JUDGE ASPEY
☐ Probable cause found  ☐ Dismissed
☐ Held to answer before District Court

**STATUS HEARING RE:**
☐ Held ☐ Con't ☐ Reset
Set for:
Before:

Other: Defendant is placed under oath. Based upon the financial affidavit court orders defendant be appointed counsel for all further proceedings.

The Court specifically finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. IT IS FURTHER ORDERED that excludable delay under Title 18 USC Section 3161 __ will commence on __ thru __ for a total of __ days.

RECORDED: Courtsmart
BY: Christina S. Hurley
Deputy Clerk

IA - 3 mins.

Dockets.Justia.com